# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, et al., | Case No. 2:16-cv-002933-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| THE TRAVELERS INDEMNITY COMPANY, | (Docket No. 26) |
| Defendant(s). | |

Pending before the Court is Plaintiffs' motion to amend scheduling order. Docket No. 26. Defendant filed a response in opposition. Docket No. 27. Plaintiffs filed a reply. Docket No. 29.

Plaintiffs ask the Court to amend the scheduling order to include a December 4, 2017 deadline for their expert disclosure. Docket No. 26 at 5. Plaintiffs submit that, when the parties requested the extension of discovery deadlines, their attorney mistakenly failed to notice that this date was not included. *Id.* Defendant submits that Plaintiffs knew that their expert disclosure deadline was not part of the stipulation to extend discovery deadlines, and asks the Court to award attorneys' fees for responding to Plaintiffs' motion. *See* Docket No. 27. Defendant also asks the Court, without citation to any authority, to extend "the current deadlines" by 30 days. *Id.* at 14.

A party seeking to amend discovery deadlines must file a motion to do so no later than 21 days before the expiration of the deadline. *See* Local Rule 26-4. If the motion is filed within 21 days of the deadline, the party must demonstrate "good cause." *See id.; see also Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608-09 (9th Cir. 1992). A motion filed after the expiration of the deadline will be

granted only if "the movant also demonstrates that the failure to act was the result of excusable neglect." *See* Fed. R. Civ. P. 6(b)(1)(B); *see also* Local Rule 26-4.

The Court finds that Plaintiffs have met the appropriate standards and, therefore, the motion is hereby **GRANTED**. Docket No. 26. Plaintiffs' expert disclosure deadline is extended to December 4, 2017. Defendant's requests for attorneys' fees and extension of other deadlines is hereby **DENIED.**

IT IS SO ORDERED.

DATED: October 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge