# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMARES LAS VEGAS PROPERTIES, et al.,

    Plaintiffs,

vs.

TRAVELERS INDEMNITY COMPANY,

    Defendant.

Case No. 2:16-cv-02933-JAD-NJK

**ORDER**

(Docket Nos. 31, 32, 34)

"Discovery is supposed to proceed with minimal involvement of the Court." *Cardoza v. Bloomin' Brands*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015) (citing *F.D.I.C. v. Butcher*, 116 F.R.D. 196, 203 (E.D. Tenn. 1986)).

On November 3, 2017, after the parties filed four discovery motions over a period of three days following a prior discovery motion, the Court ordered counsel for the parties to engage in a further meet and confer no later than 5:00 p.m. that same day to further discuss the disputes raised in the motions. *See* Docket No. 35. The Court further ordered that, "[i]n the event counsel resolve any portion of the pending disputes, the parties shall promptly file a notice that they are withdrawing the pending motions, and they may submit renewed briefing on the truly unresolved issues no later than November 13, 2017." *Id*. at 2. Later that day, Plaintiffs filed a motion to withdraw one of their discovery motions, as a result of the further meet and confer. Docket No. 37. The parties, however, have failed to comply with the Court's order regarding the remaining three motions. Docket No. 35 at 2.

. . . .

. . . .

. . . .

Accordingly, no later than November 7, 2017, at 12:00 p.m., the parties shall withdraw the pending discovery motions (Docket Nos. 31, 32, 34) in which they resolved any portion of the pending dispute during the November 3, 2017, meet and confer. They may then submit renewed briefing on the truly unresolved discovery issues no later than November 13, 2017.

IT IS SO ORDERED.

Dated: November 6, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE