Amanda Peterson (*pro hac vice*)
**WEG & MYERS, P.C.**
52 Duane Street, 2nd Floor
New York, NY 10007
Telephone: (212) 227-4210
Facsimile: (212) 349-6702
Email: apeterson@wegandmyers.com
*and local counsel*

Shan Davis (SBN 9323)
**DAVIS|STIBOR**
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Tamares Las Vegas Properties, LLC
and Plaza Hotel & Casino, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | Case No. 2:16-cv-02933-JAD-NJK <br><br> **ORDER TO AMEND THE COURT'S ORDERS DATED NOVEMBER 3, 2017 (ECF Doc. No. 35) AND DATED NOVEMBER 13, 2017 (ECF Doc. No. 48)** <br><br> **Second Request** |

Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs") and Defendant The Travelers Indemnity Company ("Travelers"), by and through their respective counsel of record, hereby stipulate and request as follows:

1. WHEREAS, this Court entered an Order dated November 3, 2017 (ECF Doc. No. 35) regarding various discovery motions that were filed by both the Plaintiffs' and Defendant (ECF Doc. Nos. 31-34) wherein, this Order required that the parties withdraw their respective

motions, meet and confer regarding discovery disputes and submit any renewed briefs regarding truly unresolved issues no later than November 13, 2017;

2. WHEREAS, pursuant to this Court's Order, the parties have withdrawn their respective motions and have engaged in meet and confer meetings as well as exchanged emails in an effort to resolve the active discovery disputes between the parties;

3. WHEREAS, on November 13, 2017, the parties submitted a stipulation and Order to requesting that the Court permit the parties to submit renewed briefs on truly unresolved discovery issues no later than December 4, 2017 which was subsequently Ordered by this Court (ECF Doc. No. 48);

4. WHEREAS, the parties are still in the process of exchanging and reviewing the supplemental discovery responses and document productions in order to continue to narrow and resolve the discovery disputes between the parties;

5. WHEREAS, the parties' require additional time to review supplemental discovery and potentially require additional meet and confer meetings prior to filing any renewed discovery motions;

**IT IS ORDERED,** that the Court's Order dated November 13, 2017 (ECF Doc. No. 48) is amended to permit the parties to submit renewed briefs on truly unresolved discovery issues no later than December 18, 2017.

Dated: December 1, 2017

DAVIS STIBOR

/s/Shan Davis_____
Shan Davis, Esq.
Nevada Bar No. 9323
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144

Dated: December 1, 2017

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC

/s/ Casey Perkins_____
Casey G. Perkins, Esq.
Nevada Bar No. 12063
2200 Paseo Verde Pkwy, Suite 280
Henderson, NV 89052
*Counsel for The Travelers Indemnity Company*

WEG & MYERS, P.C.

*/s/Amanda Peterson*_____
Dennis T. D'Antonio *(admitted pro hac vice)*
Joshua L. Mallin *(admitted pro hac vice)*
Amanda Peterson*(admitted pro hac vice)*
WEG & MYERS, PC
52 Duane Street, 2nd Floor
New York, NY 10007

*Counsel for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this __1st__ day of __December__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE