# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC, et al., <br> Plaintiff(s), <br> vs. <br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant(s). | Case No. 2:16-cv-02933-JAD-NJK <br><br> **ORDER** <br><br> (Docket No. 56) |

Pending before the Court is the parties' stipulation to extend deadlines. Docket No. 56. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion. The parties fail to abide by this instruction. *Id.* Therefore, the Court **DENIES** without prejudice the parties' stipulation to extend deadlines. Docket No. 56. Any renewed stipulation shall be filed no later than January 22, 2018.

IT IS SO ORDERED.

DATED: January 17, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge