# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC, et al.,<br>　　　　　　Plaintiff(s),<br>vs.<br>THE TRAVELERS INDEMNITY COMPANY,<br>　　　　　　Defendant(s). | Case No. 2:16-cv-02933-JAD-NJK<br><br>ORDER<br><br>(Docket No. 75) |

Pending before the Court is Defendant's motion to extend discovery deadlines. Docket No. 75. A response shall be filed by June 7, 2018. Any reply shall be filed by June 11, 2018.

IT IS SO ORDERED.

DATED: June 4, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　United States Magistrate Judge