16-117
Shan Davis (SBN 9323)
**DAVIS|STIBOR**
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com

*And Pro Hac Vice*

Amanda Peterson (*pro hac vice*)
**WEG & MYERS, P.C.**
52 Duane Street, 2nd Floor
New York, NY 10007
Telephone: (212) 227-4210
Facsimile: (212) 349-6702
Email: apeterson@wegandmyers.com

*Attorneys for Tamares Las Vegas Properties, LLC
and Plaza Hotel & Casino, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No.: 2:16-cv-002933-JAD-NJK |

### ***EX PARTE*** MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE

TO: CLERK, UNITED STATED DISTRICT COURT, DISTRICT OF NEVADA

TO: AMY M. SAMBERG, ESQ., ATTORNEY DEFENDANT

TO: CASEY G. PERKINS, ESQ., ATTORNEY FOR DEFENDANT

TO: GREGORY P. VARGA, ESQ., ATTORNEY FOR DEFENDANT

TO: J. TYLER D. BUTTS, ESQ., ATTORNEY FOR DEFENDANT

Shan Davis, Esq., of the law firm of DAVIS STIBOR, hereby brings this *Ex Parte* Motion to

1

Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

Shan Davis, Esq., represents, Plaintiffs, Tamares Las Vegas Properties, LLC, Plaza Hotel & Casio, LLC and T-UPR, LLC in the above-captioned action. The Court's Electronic Notification System lists Daniel Rene Belzil, Esq., as a recipient of activity in the above-captioned case. This attorney appeared one time Pro Hac Vice on behalf of the Plaintiffs in this action. Therefore, Shan Davis, Esq., requests that Daniel Rene Belzil, Esq., be withdrawn as an attorney of record in the above-captioned matter and that the Clerk's Office is respectfully requested to remove him from the list of recipients of notices of electronic filing.

Dated: New York, New York
June 4, 2018

ATTORNEYS FOR PLAINTIFFS

**DAVIS|STIBOR**

By: /s/ Shan Davis
Shan Davis (SBN 9323)
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com

and Pro Hac Vice

**WEG & MYERS, P.C.**

By: /s/ Amanda Peterson
Amanda Peterson (*Pro Hac Vice*)
Federal Plaza
52 Duane Street, 2nd Floor
New York, New York 10007
Telephone: (212) 227-4210
Facsimile: (212) 349-6702
Email: apeterson@wegandmyers.com

*Attorneys for Tamares Las Vegas Properties, LLC and Plaza Hotel & Casino, LLC*

IT IS SO ORDERED.
Dated: June 5, 2018

_____
UNITED STATES MAGISTRATE JUDGE