Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
Two North Central Avenue, 18th Fl.
Phoenix, AZ 85004
Telephone: (602) 777-6230
Facsimile: (312) 863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No. 12063
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099
Email: cperkins@fgppr.com

Gregory P. Varga, Esq.(*Admitted Pro Hac Vice*)
J. Tyler D. Butts, Esq. *(Admitted Pro Hac Vice)*
ROBINSON COLE
280 Trumbull Street
Hartford, CT 06103
Email: gvarga@rc.com
       jbutts@rc.com

*Attorneys for The Travelers Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:16-cv-02933-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING THE TRAVELERS INDEMNITY COMPANY'S MOTIONTO EXTEND REMAINING DISCOVERY DEADLINES**<br><br>**(First Request)** |

Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs") and Defendant The Travelers Indemnity Company ("Travelers"), by and through their respective counsel of record, hereby stipulate and request that the Court extend the

time for Travelers to file a reply regarding its Motion to Extend Remaining Discovery Deadlines ("Motion") (Doc. No. 75). This is the parties' first request to extend the briefing schedule relating to the Motion. The request is made to allow the parties additional time to further meet and confer in an effort to resolve the issues raised in the Motion. To that end, the parties' request that the Court extend the deadline for Travelers to file any reply in support of the Motion, currently June 11, 2018, to June 18, 2018.

## **STIPULATION**

1. WHEREAS, Travelers filed the Motion on June 1, 2018, in relation to a dispute between the parties regarding the scheduling of thirteen expert depositions in this matter and Travelers' request for a 60-day extension of the remaining discovery and other pretrial deadlines in order to provide additional time to complete those depositions.

2. WHEREAS, the Court entered an Order on June 4, 2018 (Doc. No. 76), requiring that Plaintiffs' response to the Motion be filed by June 7, 2018 and that any reply be filed by June 11, 2018.

3. WHEREAS, the parties have resumed efforts to meet and confer regarding the present dispute and more particularly to develop a mutually-agreeable schedule for the completion of the expert depositions.

4. WHEREAS, the parties anticipate submitting to the Court no later than June 18, 2018 a joint proposal for completion of the expert depositions along with an accompanying request to extend the remaining discovery deadlines consistent with such a proposal.

5. WHEREAS, in anticipation of submitting a joint proposal, the parties' desire to avoid further motion practice.

The parties hereby STIPULATE, AGREE, AND REQUEST that the Court enter an order extending the deadline for Travelers to file its reply in support of the Motion through and including Monday, June 18, 2018.

///

///

///

| | |
|---|---|
| | **Case No. 2:16-cv-02933-JAD-NJK** |
| | **Stipulation and Order to Extend Briefing Schedule on Motion to Extend Remaining Deadlines** |

| | |
|---|---|
| Dated: June 11, 2018 | Dated: June 11, 2018 |
| WEG & MYERS, P.C | FORAN GLENNON PALANDECH PONZI & RUDLOFF PC |
| */s/ Amanda Peterson* | */s/ Casey G. Perkins* |
| Dennis T. D'Antonio *(Pro Hac Vice)*<br>Joshua L. Mallin *(Pro Hac Vice)*<br>Amanda Peterson *(Pro Hac Vice)*<br>52 Duane Avenue, 2nd Floor<br>New York, NY 10007 | Amy M. Samberg<br>Two North Central Avenue, 18th Floor<br>Phoenix, AZ 85004<br><br>Casey G. Perkins<br>2200 Paseo Verde Parkway, Suite 280<br>Henderson, NV 89052 |
| */s/ Shan Davis* | |
| Shan Davis<br>DAVIS STIBOR<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, NV 89114 | ROBINSON COLE<br> */s/ Gregory P. Varga*<br>Gregory P. Varga, Esq.*(Pro Hac Vice)*<br>J. Tyler D. Butts, Esq. *(Pro Hac Vice)*<br>280 Trumbull Street<br>Hartford, CT 06103 |
| *Counsel for Plaintiffs* | *Counsel for The Travelers Indemnity Insurance Company* |

**ORDER**

IT IS SO ORDERED.

DATED June 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE