# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC, et al., | Case No.: 2:16-cv-02933-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 94] |
| THE TRAVELERS INDEMNITY COMPANY, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation concerning certain depositions. Docket No. 94. Unless doing so interferes with Court proceedings or deadlines, the parties may enter stipulations regarding discovery without seeking Court approval. *See* Fed. R. Civ. P. 29. As it is not clear that Court approval is necessary with respect to this stipulation, it is hereby **DENIED** as unnecessary.

IT IS SO ORDERED.

Dated: September 5, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1