Amanda Peterson (*pro hac vice*)
**WEG & MYERS, P.C.**
52 Duane Street, 2nd Floor
New York, NY 10007
Telephone: (212) 227-4210
Facsimile: (212) 349-6702
Email: apeterson@wegandmyers.com
*and local counsel*

Shan Davis (SBN 9323)
**DAVIS|STIBOR**
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Plaintiffs Tamares Las Vegas*
*Properties, LLC,Plaza Hotel & Casino, LLC*
*and T-UPR, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | Case No. 2:16-cv-02933-JAD-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE & BREIFING SCHEDULE** <br><br> **(7th Request to Extend Deadline)** <br><br> **(1st Request to Extend Briefing Schedule)** |

Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs") and Defendant The Travelers Indemnity Company ("Travelers"), by and through their respective counsel of record, hereby stipulate and request that the Court extend dispositive motion deadline by approximately ten days (10) days and approve the proposed briefing schedule identified herein. This is the parties' seventh request to extend a case management deadline in this matter, and the parties' first and only anticipated request to modify the dispositive motion briefing schedule.

The Court previously granted extensions of ninety (90) days on September 8, 2017, forty-five (45) days on November 13, 2017, thirty (30) days on January 18, 2017; thirty (30) days on March 9, 2018; seventy-seven (77) days on June 19, 2018; and fourteen (14) days on September 7, 2018. The primary reason for the parties' request to extend the dispositive motion deadline is that the parties anticipate it will take at least ten (10) additional days to obtain deposition transcripts of the recently completed expert depositions and review that testimony before filing their respective dispositive motions. The parties' request to modify the briefing schedule reflects the parties' good faith discussions regarding the time they expect will be needed to brief their respective motions for summary judgment in light of the issues in this case and the Thanksgiving holiday.

Pursuant to Local Rule 26-4, the parties state as follows:

## I.       DISCOVERY COMPLETED TO DATE

- The parties conducted the Fed. R. Civ. P. 26(f) conference.
- The parties have exchanged initial and supplementary disclosures of documents and lists of witnesses, including the exchange of thousands of pages of documents.
- The parties have propounded and responded to multiple sets of written discovery requests, including requests for admissions, requests for production of documents and interrogatories.
- The parties have issued subpoenas *duces tecum* to approximately twenty-five (25) non-parties for documents relating to the alleged claim and loss, resulting in collection of tens of thousands of pages of documents. Some of those document subpoenas remain outstanding and the parties are working with the recipients to obtain records in response.
- The parties have completed eighteen (18) fact witness depositions, including depositions of their respective representatives and employees and those of several non-parties.
- Travelers has conducted (2) two site inspections of the subject premises.

- The parties' have engaged in extensive meet and confer efforts and have resolved, a number of issues relating disputes with respect to their respective discovery responses and depositions.
- Plaintiffs have provided the Defendant with their expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) and corresponding expert reports.
- Defendant has provided Plaintiffs with their expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2) and corresponding expert reports.
- Plaintiffs have provided the Defendant with rebuttal expert reports and two (2) additional rebuttal expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2).
- The parties have completed all thirteen (13) expert depositions.

**II.    DISCOVERY REMAINING TO BE COMPLETED**

The above list is made without prejudice to any party's ability to conduct additional discovery consistent with the Federal Rules of Civil Procedure.

**III.    REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

This is a complex insurance coverage action arising out of alleged storm damage to the Plaza Hotel & Casino in downtown Las Vegas.  As noted above, the additional time to file dispositive motions is requested to provide the parties with additional time to obtain deposition transcripts of the recently completed expert depositions and review that testimony before providing filing their respective dispositive motions. In addition, the parties have agreed to and request that the Court approve the following briefing schedule for dispositive motions in this case:

- File Dispositive Motions: October 19, 2018
- File Opposition Papers: November 16, 2018
- File Reply Papers: December 7, 2018

The parties agree that this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that none of them will be prejudiced by the requested extension.

## IV.    PROPOSED SCHEDULE

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Designation of Expert Witness(es) | | **COMPLETED** |
| Defendant's Designation of Expert Witness(es) | | **COMPLETED** |
| Close of Fact Discovery | | **COMPLETED** |
| Plaintiffs' Disclosure of Rebuttal Expert Testimony | | **COMPLETED** |
| Close of Expert Discovery | September 21, 2018 | **COMPLETED** |
| File Dispositive Motions | October 9, 2018 | **BRIEFING SCHEDULE:**<br>**File Dispositive Motions: October 19, 2018**<br>**File Opposition Papers: November 16, 2018**<br>**File Reply Papers: December 7, 2018** |

| Joint Pretrial Order | November 8, 2018 | **November 8, 2018**<br>*In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision of the dispositive motions or further order of Court. |
|---|---|---|

**Case No. 2:16-cv-02933-JAD-NJK**

**Stipulation and Order to Extend**
**Deadline to File Dispositive Motions &**
**Briefing Schedule (7th Request)**

Dated  September 24, 2018

WEG & MYERS, P.C

Dated  September 24, 2018

FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC

_/s/  Amanda Peterson_

Dennis T. D'Antonio *(admitted pro hac vice)*
Joshua L. Mallin *(admitted pro hac vice)*
Amanda Peterson*(admitted pro hac vice)*
52 Duane Avenue, 2nd Floor
New York, NY  10007

_/s/  Shan Davis_

Shan Davis
DAVIS|STIBOR
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89114

*Counsel for Plaintiffs*

_/s/  Casey G. Perkins_

Amy M. Samberg
1 East Washington Street, Suite 500
Phoenix, AZ 85004

Casey G. Perkins
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Counsel for The Travelers Indemnity Insurance Company*

**ORDER**

IT IS SO ORDERED.

NO FURTHER EXTENSIONS WILL BE GRANTED.

DATED this __25___ day of September 2018

_____
UNITED STATES MAGISTRATE JUDGE