| | |
|---|---|
| 1 | Amy M. Samberg, Esq. |
| | Nevada Bar No. 10212 |
| 2 | FORAN GLENNON PALANDECH |
| | PONZI & RUDLOFF PC |
| 3 | 400 East Van Buren Street, Suite 550 |
| | Phoenix, AZ 85004 |
| 4 | Telephone: (602) 926-9885 |
| | Facsimile: (312) 863-5099 |
| 5 | Email: asamberg@fgppr.com |
| 6 | Casey G. Perkins, Esq. |
| | Nevada Bar No 12063 |
| 7 | FORAN GLENNON PALANDECH |
| | PONZI & RUDLOFF PC |
| 8 | 2200 Paseo Verde Parkway, Suite 280 |
| | Henderson, NV 89052 |
| 9 | Telephone: (702) 827-1510 |
| | Facsimile: (312) 863-5099 |
| 10 | Email: cperkins@fgppr.com |
| 11 | Gregory P. Varga, Esq.(A*dmitted Pro Hac Vice)* |
| | J. Tyler D. Butts, Esq. *(Admitted Pro Hac Vice)* |
| 12 | ROBINSON COLE |
| | 280 Trumbull Street |
| 13 | Hartford, CT 06103 |
| | Email: gvarga@rc.com |
| 14 | jbutts@rc.com |
| 15 | *Attorneys for The Travelers Indemnity Company* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:16-cv-02933-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING (1) THE TRAVELERS INDEMNITY COMPANY'S MOTION TO STRIKE INADMISSALBE EVIDENCE SUBMITTED BY PLAINTIFFS AND (2) PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY**<br><br>**(First Request)** |

Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs") and Defendant The Travelers Indemnity Company ("Travelers"), by and through their respective counsel of record, hereby stipulate and request that the Court extend the time for Travelers to file a reply regarding its Motion to Strike Inadmissible Evidence Submitted by Plaintiffs ("Motion to Strike") (Doc. No.113), for Travelers to file its response to Plaintiffs' Motion for Leave to File a Sur-reply ("Motion for Leave") (Doc. No. 117), and for Plaintiffs to file their reply regarding their Motion for Leave to File a Sur-reply. This is the parties' first request to extend the briefing schedule relating to either of these motions. This request is made in light of the intervening holiday period to allow the parties and counsel to complete the briefing upon return from scheduled holiday travel and related obligations. To that end, the parties request that the Court extend the deadline to January 11, 2019, for Travelers to file any reply in support of the Motion to Strike, currently due December 28, 2018, and its response to the Motion for Leave, currently due January 4, 2019. The parties also request that the Court order that Plaintiff's reply regarding the Motion for Leave be filed by January 25, 2019.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

- 2 -

**Case No. 2:16-cv-02933-JAD-NJK**

**Stipulation and Order to Extend Briefing Schedule on (1) The Travelers Indemnity Company's Motion to Strike Inadmissible Evidence Submitted by Plaintiffs and (2) Plaintiffs' Motion for Leave to File a Sur-Reply**

Dated: December 26, 2018

WEG & MYERS, P.C

*/s/ Amanda Peterson*
Dennis T. D'Antonio *(Pro Hac Vice)*
Joshua L. Mallin *(Pro Hac Vice)*
Amanda Peterson *(Pro Hac Vice)*
52 Duane Avenue, 2nd Floor
New York, NY 10007

*/s/ Shan Davis*

Shan Davis
DAVIS STIBOR
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89114

*Counsel for Plaintiffs*

Dated: December 26, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

*/s/ Casey G. Perkins*
Amy M. Samberg
Two North Central Avenue, 18th Floor
Phoenix, AZ 85004

Casey G. Perkins
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

ROBINSON COLE
*/s/ Gregory P. Varga*
Gregory P. Varga, Esq. *(Pro Hac Vice)*
J. Tyler D. Butts, Esq. *(Pro Hac Vice)*
280 Trumbull Street
Hartford, CT 06103

*Counsel for The Travelers Indemnity Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of December _____, 2018