# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMARES LAS VEGAS PROPERTIES, LLC, et al.,

    Plaintiff(s),

v.

TRAVELERS INDEMNITY COMPANY,

    Defendant(s).

Case No.: 2:16-cv-02933-JAD-NJK

**ORDER**

On October 23, 2019, Plaintiffs submitted their confidential settlement conference statement for the Court's review. The statement consists of more than 800 unbound, untabbed pages, including at least 26 exhibits, which are held together by four rubber bands.

Plaintiffs' submission fails to serve the purpose of the settlement statement: "to **assist** the undersigned Magistrate Judge in preparing for and conducting the settlement conference," Docket No. 128 at 3 (emphasis added).

Accordingly, Plaintiffs must resubmit their confidential settlement conference statement to the undersigned's box in the Clerk's Office—no later than 3 p.m. on October 25, 2019—in a format that complies with both the Court's order at Docket No. 128 and Local Rule IA 10-3(i).

IT IS SO ORDERED.

Dated: October 24, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

1