1  Joshua L. Mallin
   **WEG & MYERS, P.C.**
2  52 Duane Street, 2nd Floor
   New York, NY 10007
3  Telephone: (212) 227-4210
   Facsimile: (212) 349-6702
4  Email: jmallin@wegandmyers.com
   *and local counsel*
5
   Shan Davis (SBN 9323)
6  **DAVIS|STIBOR**
   1180 N. Town Center Drive, Ste. 100
7  Las Vegas, NV 89144
   Telephone: (702) 726-6885
8  Facsimile: (702) 933-1464
   Email: shandavis@davisstibor.com
9  *Attorneys for Tamares Las Vegas Properties, LLC
   and Plaza Hotel & Casino, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, | Case No. 2:16-cv-02933-JAD-NJK |
| Plaintiffs, | **ORDER GRANTING STIPULATION TO EXTEND DATE TO FILE JPTO** |
| vs. | |
| THE TRAVELERS INDEMNITY COMPANY, | **(First Request)** |
| Defendant. | **[ECF No.** |

Pursuant to Local Rule 26-4, Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs") and Defendant The Travelers Indemnity Company ("Travelers"), by and through their respective counsel of record, hereby stipulate and request that the Court extend the date by which the parties must file their Joint Pre-Trial Order for an additional (7) days. This is the parties' first request for such an extension.

/ / /

/ / /

/ / /

## I. THE JOINT PRE TRIAL ORDER

By Decision and Order dated August 9, 2019, the Court granted in part and denied in part Travelers Motion for Summary Judgment and denied Plaza's Motion for Summary Judgment. In that same Order, the Court referred this case to the United States Magistrate Judge for a mandatory settlement conference. The Court also stayed the parties' obligation to file their joint pretrial order until 10 days after the settlement conference.

## II. THE MANDATORY MEDIATION CONFERENCE

By Order dated August 13, 2019, the Court issued an Order requiring the parties to appear before Magistrate Judge Koppe on October 29, 2019, to participate in a mandatory settlement conference. The Court also required that mediation statements be served on Judge Koppe's mailbox in the Clerk's Office, on or before October 22, 2019.

By Agreement amongst the parties and the Court on October 22, 2019, Magistrate Judge Koppe permitted Plaintiffs to file their mediation statements with the Court on October 23, 2019. All parties appeared for the mediation conference on October 29, 2019. The case did not settle at mediation.

## III. REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE

While the parties have been separately working on the Joint Pretrial Order, given the extensive submissions made to the Magistrate in preparation for the mediation, the parties are requesting a short extension with respect to the submission of the Joint Pretrial Order in order to attempt to stipulate to as many facts and exhibits as possible. The parties also hope to firm up the availability of all of the trial witnesses, consistent with the suggested trial dates being submitted to the Court as part of the Joint Pretrial Order. Given the length of the mediation statements, and the 10 day window, good cause exists to extend this deadline despite there being less than 21 days before the Joint Pretrial Order is presently due.

///

///

///

### IV. PROPOSED SCHEDULE

WHEREFORE, the parties respectfully request that the current filing date for the Joint Pretrial Order, currently scheduled for November 8, 2019, be extended to November 15, 2019.

Dated: November 1, 2019.

WEG and MYERS, P.C

/s/ Joshua L. Mallin
Dennis T. D'Antonio *(admitted pro hac vice)*
Joshua L. Mallin *(admitted pro hac vice)*
Anne Marie Basset *(admitted pro hac vice)*
52 Duane Avenue, 2nd Floor
New York, NY 10007

DAVIS|STIBOR

/s/ Shan Davis
Shan Davis
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89114

*Counsel for Plaintiffs*

Dated: November 1, 2019.

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

/s/ Amy M. Samberg
Amy M. Samberg
1 East Washington Street, Suite 500
Phoenix, AZ 85004

2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Counsel for The Travelers Indemnity Insurance Company*

### ORDER

IT IS SO ORDERED.

DATED this 1st day of November, 2019.

_____
U.S. District Judge Jennifer A. Dosrey