Joshua L. Mallin
**WEG & MYERS, P.C.**
52 Duane Street, 2nd Floor
New York, NY 10007
Telephone: (212) 227-4210
Facsimile: (212) 349-6702
Email: jmallin@wegandmyers.com
*and local counsel*

Shan Davis (SBN 9323)
**DAVIS|STIBOR**
1180 N. Town Center Drive, Ste. 100
Las Vegas, NV 89144
Telephone: (702) 726-6885
Facsimile: (702) 933-1464
Email: shandavis@davisstibor.com
*Attorneys for Tamares Las Vegas Properties, LLC
and Plaza Hotel & Casino, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:16-cv-02933-JAD-NJK<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DATE TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(Second Request)**<br><br>[ECF No. 136] |

Pursuant to Local Rule 26-4, Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LL, and T-UPR, LLC (collectively "Plaintiffs"), by and through their counsel of record, hereby moves that the Court extend the date by which the parties must file their Joint Pre-Trial Order for an additional (7) days. This is the second request for such an extension. The Defendant, The Travelers Indemnity Company ("Travelers"), does not oppose this Motion, subject to the conditions described below.

**Declaration of Joshua L. Mallin, Esq. In Support of Motion**

1. I am a partner at the law firm of Weg & Myers, P.C., which has been retained to represent the Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LLC and T-UPR, LLC ("Plaintiffs") in this litigation. I am a duly licensed attorney in New York, in good standing, and am admitted to this Court *pro hac vice* in this case.

2. I have personal knowledge of the facts set forth below and if called upon to testify to the matters herein could and would be competent and willing to do so.

**I. THE JOINT PRE TRIAL ORDER**

3. By Decision and Order dated August 9, 2019, the Court granted in part and denied in part Travelers Motion for Summary Judgment and denied Plaza's Motion for Summary Judgment.

4. In that same Order, the Court referred this case to the United States Magistrate Judge for a mandatory settlement conference. The Court also stayed the parties' obligation to file their joint pretrial order until 10 days after the settlement conference, which would have been November 8, 2019.

5. By Order dated August 13, 2019, the Court issued an Order requiring the parties to appear before Magistrate Judge Koppe on October 29, 2019, to participate in a mandatory settlement conference. The Court also required that mediation statements be served on Judge Koppe's mailbox in the Clerk's Office, on or before October 22, 2019.

6. By Agreement amongst the parties and the Court on October 22, 2019, Magistrate Judge Koppe permitted Plaintiffs to file their mediation statements with the Court on October 23, 2019.

7. All parties appeared for the mediation conference on October 29, 2019. The case did not settle at mediation.

8. By Order dated November 1, 2019, the Court granted the parties' first joint request to extend the deadline to file the Joint Pre Trial Order by one week, until November 15, 2019.

## II. REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE

9. Over the past week, the parties have exchanged numerous emails, together with drafts of the Joint Pretrial Order. The parties have conferred by phone to attempt to resolve disputes regarding those facts to which all parties will agree. The parties also have contacted and firmed up the availability of trial witnesses, consistent with the suggested trial dates being submitted to the Court as part of the Joint Pretrial Order.

10. Notwithstanding the diligent efforts of the parties, there remain issues for the parties to resolve prior to submission of the finalized joint Pretrial Order.

11. The parties' efforts to resolve these issues were interrupted and delayed by the birth of the granddaughter of Plaintiffs' lead attorney this morning.

12. Plaintiffs immediately reached out to Defendant's counsel, requesting an additional one week extension in light of the circumstances. By e-mail this morning, Defendant indicated that it was fully prepared to file the Joint Pretrial Order on November 15, but would not oppose Plaintiffs' motion in light of this unforeseen circumstance and in exchange for the undersigned's agreement, (a) to complete all sections of the Joint Pretrial Memorandum, other than deposition designations, by November 15, and (b) to provide Defendant's counsel with Plaintiffs' remaining deposition designations by the morning of November 18, 2019. The undersigned made that commitment by reply e-mail earlier today.

13. In light of the foregoing, good cause exists to extend this deadline despite there being less than 21 days before the Joint Pretrial Order is presently due.

///
///
///
///
///
///
///

### III. PROPOSED SCHEDULE

WHEREFORE, Plaintiffs respectfully move, and Defendant does not oppose an application that the current filing date for the Joint Pretrial Order, currently scheduled for November 15, 2019, be extended to November 22, 2019.

Dated: November 13, 2019
      New York, New York

                       WEG and MYERS, P.C

                       **/s/ Joshua L. Mallin**
                       Dennis T. D'Antonio *(admitted pro hac vice)*
                       Joshua L. Mallin *(admitted pro hac vice)*
                       Anne Marie Bossart *(admitted pro hac vice)*
                       52 Duane Avenue, 2nd Floor
                       New York, NY 10007

                       DAVIS STIBOR

                       **/s/ Shan Davis**
                       Shan Davis
                       1180 N. Town Center Drive, Suite 100
                       Las Vegas, NV 89114

                       *Counsel for Plaintiffs*

### **ORDER**

IT IS SO ORDERED.

DATED this 15th day of November, 2019.

                       _____
                       U.S. District Judge Jennifer A. Dorsey