FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
Lee H. Gorlin
Nevada Bar No. 13879
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: (702) 827-1510
Facsimile: (312) 863-5099
Email: lgorlin@fgppr.com

Gregory P. Varga *(Admitted Pro Hac Vice)*
J. Tyler Butts *(Admitted Pro Hac Vice)*
ROBINSON COLE LLP
280 Trumbull Street
Hartford, CT 06103
Email: gvarga@rc.com
      jbutts@rc.com

*Attorneys for The Travelers Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | Case No. 2:16-cv-02933-JAD-NJK <br><br> **STIPULATION TO CONTINUE CURRENT TRIAL DATES** <br><br> **(Second Request)** |

## STIPULATION TO CONTINUE CURRENT TRIAL DATES

The parties, by and through their respective counsel of record, hereby stipulate and agree to continue the trial dates in this action as specified herein. This stipulation follows the Court's instructions from the April 8, 2021, Status Conference, in which the Court directed the parties to "file a stipulation to continue the current trial dates." (ECF No. 168). Of the Court's available dates noted during the status conference, the parties have conferred and agree on the date of January 25, 2022, as a first option and February 8, 2022 as a second option for a new trial setting.

The parties have already participated in two settlement conferences and have submitted their joint pretrial order. (ECF No. 147), thus there is no need to continue those dates.

The Current and Proposed dates are as follows:

|  | **Current Date** | **1st Proposed Date** | **Alternate Proposed Date** |
|---|---|---|---|
| **Trial** | June 8, 2021 | January 25, 2022 at 9:00 a.m. | February 8, 2022 |
| **Deadline to File Motions in Limine** | May 10, 2021 | December 27, 2021 | January 10, 2021 |
| **Calendar Call** | - | January 18, 2022 at 1:30 p.m. | January 31, 2022 |
| **Trial Briefs Due (by noon)** | - | January 18, 2022 | January 31, 2022 |
| **Exhibit and Witness Lists Due (by noon)** | - | January 18, 2022 | January 31, 2022 |
| **Proposed Jury Instructions and Voir Dire Questions Due (by noon)** | - | January 18, 2022 | January 31, 2022 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

The Parties hereby request that the Court enter their 1st set of proposed dates. Alternatively, the Parties request that the Court enter the set of Alternative Proposed Dates.

Respectfully Submitted by:

Dated: April 28, 2021

DAVIS STIBOR

By: /s/ Shan Davis
Shan Davis
10845 Griffith Peak Drive, Second Floor
Las Vegas, NV 89135

WEG & MYERS
Dennis T. D'Antonio
Joshua L. Mallin
Amanda Peterson
32 Duane Street, 2nd Floor
New York, NY 10007

*Attorneys for Plaintiffs*

Dated: April 28, 2021

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ Lee H. Gorlin
Lee H. Gorlin
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

ROBINSON COLE LLP
Gregory P. Varga
J. Tyler Butts
280 Trumbull Street
Hartford, CT 06103

*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED that the parties 1st Set of Proposed Dates are approved.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/4/2021