# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tamares Las Vegas Properties, LLC, et al.,

     Plaintiffs

v.

The Travelers Indemnity Company,

     Defendant

Case No.: 2:16-cv-02933-JAD-NJK

**Order Resolving Objections to Designated Deposition Testimony**

In the joint pretrial order at pages 76–124, the parties provided their objections to designated deposition testimony.[1]  Attached are the court's rulings on those objections, denoted next to the objection in the appropriate line of the charts.  O = overruled; S = sustained.  Where there is an indication that a portion of an objection was overruled or sustained, the parties should presume that the remainder of that objection was contrarily overruled or sustained.

Whether addressed by these rulings or not, when presenting deposition testimony at trial, counsel must:

- Exclude the internal objections and any discussion about or response thereto; and
- Exclude attorney-to-attorney colloquy.

_____

U.S. District Judge Jennifer A. Dorsey
March 14, 2022

---

[1] ECF No. 147.

(f) Objections to Depositions:

(1) Defendant objects to Plaintiff's depositions as follows:

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | |
| **Kevin Owens** | 6:8 | 8:10 | No objection |
| | 12:15 | 15:17 | No objection |
| | 16:25 | 17:13 | No objection |
| | 18:3 | 27:19 | No objection |
| | 29:12 | 33:16 | 31:20 – 32:7 Hearsay (FRE 801 and 802) |
| | 36:3 | 44:12 | No objection |
| | 45:24 | 103:21 | 49:5 – 49:18 Interruption/commentary by Plaintiffs' counsel |
| | | | 50:3 – 50:22 Interruption/commentary by Plaintiffs' counsel |
| | | | 61:12 – 62:1 Interruption/commentary by Plaintiffs' counsel |
| | | | 66:17 – 66:22 Interruption/commentary by Plaintiffs' counsel |
| | | | 69:21 – 69:25 Interruption/withdrawn objection by Plaintiffs' counsel |
| | | | 70:14 – 70:15 Interruption/commentary by Plaintiffs' counsel |
| | | | 71:19 – 72:2 Interruption/commentary by Plaintiffs' counsel |
| | 105:1 | 105:9 | No objection |
| | 106:15 | 108:8 | Improper Expert Opinion (FRE 702) |
| | 108:11 | 112:13 | Speculation |
| | 117:6 | 129:12 | 117:11 – 120:21 Witness lacks personal knowledge (FRE 602) |
| | | | 121:14 – 121:22 Witness lacks personal knowledge (FRE 602) |
| | | | 121:17 – 121:22 Interruption/commentary by Plaintiffs' counsel |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response | |
|---|---|---|---|---|
| | | | 125:3 – 125:4 Interruption/commentary by Plaintiffs' counsel | S |
| | | | 125:14 – 125:20 Interruption/commentary by Plaintiffs' counsel | S |
| | | | 126:10 – 126:17 Witness lacks personal knowledge (FRE 602) | O |
| | | | 127:20 – 127:21 Witness lacks personal knowledge (FRE 602); Speculation | O |
| | | | 128:15 – 129:3 Interruption/commentary by Plaintiffs' counsel | S |
| | | | 128:8 – 128:14 Witness lacks personal knowledge (FRE 602); Speculation | S |
| | 129:13 | 129:19 | Speculation | O |
| | 129:25 | 131:15 | No objection | |
| | 131:22 | 132:5 | No objection | |
| | 132:22 | 132:24 | Incomplete answer, doesn't include answer at 133:2-4. | S |
| | 133:20 | 135:17 | No objection | |
| | 135:22 | 136:8 | No objection | |
| | 138:17 | 139:11 | No objection | |
| | 139:22 | 139:23 | Speculation | |
| | 140:6 | 140:12 | Improper answer in response to coaching by Counsel; Witness lacks personal knowledge (FRE 602); | S |
| | 153:3 | 153:10 | No objection | |
| | 154:2 | 154:7 | No objection | |
| | 154:11 | 154:11 | No objection | |
| | 154:15 | 154:17 | No objection | |
| | 157:9 | 158:8 | No objection | |
| | 158:12 | 159:14 | No objection | |
| | 159:19 | 161:7 | No objection | |
| | 161:13 | 162:15 | Witness lacks personal knowledge (FRE 602); Speculation | O |
| | 162:20 | 163:17 | Witness lacks personal knowledge (FRE 602); Speculation | O |
| | 163:20 | 164:15 | No objection | |
| | 164:16 | 182:16 | 164:16 – 165:10 Hearsay (FRE 801 and 802) | O |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | 167:23 – 167:24 Witness lacks personal knowledge (FRE 602); Speculation |
| | | | 168:6 – 168:9 Witness lacks personal knowledge (FRE 602) |
| | | | 170:16 – 171:4 Witness lacks personal knowledge (FRE 602); Speculation; Interruption/commentary by Plaintiffs' counsel |
| | | | 171:13 – 171:20 Witness lacks personal knowledge (FRE 602); Speculation |
| | | | 174:14 – 174:19 Witness lacks personal knowledge (FRE 602); Speculation |
| | | | 176:6 – 176:7 Witness lacks personal knowledge (FRE 602); Speculation |
| | | | 176:23 – 177:19 Improper Expert Opinion (FRE 702); Speculation |
| | | | 178:22 Witness lacks personal knowledge (FRE 602); Speculation |
| | 182:19 | 183:1 | No objection |
| | 183:4 | 183:15 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 183:20 | 191:4 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 191:19 | 191:23 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 191:25 | 192:1 | No objection |
| | 192:3 | 192:11 | No objection |
| | 192:20 | 193:14 | No objection |
| | 193:22 | 194:4 | No objection |
| | 194:14 | 196:9 | No objection |
| | 196:14 | 197:7 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 197:21 | 198:7 | Witness lacks personal knowledge (FRE 602); Speculation |

Handwritten annotations in right margin: O (multiple), S: 170:19 – 171:4, S

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 198:9 | 198:14 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 200:2 | 200:10 | No objection |
| | 202:24 | 203:17 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 204:1 | 204:1 | No objection |
| | 204:5 | 205:3 | No objection |
| | 207:11 | 207:14 | No objection |
| | 208:1 | 208:6 | No objection |
| | 208:18 | 209:3 | No objection |
| | 212:4 | 212:8 | No objection |
| | 212:14 | 212:25 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 213:7 | 215:10 | No objection |
| | 223:2 | 252:5 | 231:11 – 231:13 Witness lacks personal knowledge (FRE 602); Improper Expert Opinion (FRE 702); Speculation |
| | | | 234:10 – 234:21 F.R.E. 602 Witness lacks personal knowledge (FRE 602); Speculation |
| | 253:16 | 254:4 | No objection |
| | 254:12 | 257:21 | No objection |
| | 258:2 | 258:10 | No objection |
| | 258:12 | 260:25 | No objection |
| | 261:3 | 261:13 | No objection |
| | 261:16 | 261:17 | No objection |
| | 262:13 | 263:10 | No objection |
| | 263:14 | 263:15 | No objection |
| | 263:20 | 263:23 | No objection |
| | 265:14 | 266:4 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 266:8 | 266:12 | Witness lacks personal knowledge (FRE 602); Speculation |
| | 266:18 | 266:20 | No objection |
| | 267:3 | 267:19 | No objection |
| | 268:6 | 268:18 | Relevance (FRE 402); Witness lacks personal knowledge (FRE 602); Speculation |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 274:7 | 275:13 | Relevance (FRE 402) |
| | 275:18 | 275:19 | Relevance (FRE 402) |
| | 276:2 | 276:7 | Relevance (FRE 402) |
| | 277:24 | 326:7 | 278:4 – 278:14 Non-responsive to question |
| | | | 279:6 – 279:10 Non-responsive to question |
| | | | 279:2 – 279:24 Non-responsive to question |
| | | | 280:2 – 280:3 Non-responsive to question |
| | | | 281:11 – 281:16 Interruption/commentary by Plaintiffs' counsel |
| | | | 293:2 – 293:13 Withdrawn objections; Interruption and commentary by Plaintiffs' counsel |
| | | | 299:14 – 300:13 Interruption/commentary by Plaintiffs' counsel |
| | | | 301:9- 301:14 Interruption/commentary by Plaintiffs' counsel |
| | | | 302:10 – 302:18 Interruption/commentary by Plaintiffs' counsel |
| | | | 302:5 – 304:2 Relevance (FRE 402); Hearsay (FRE 801 and 802) |
| | | | 304:6 – 305:14 Interruption/commentary by Plaintiffs' counsel |
| | | | 304:15 – 307:6 Relevance (FRE 402) |
| | | | 307:11 – 311:12 Relevance (FRE 402) |
| | | | 312:17 – 315:19 Relevance (FRE 402) |
| | | | 317:9 – 323:2 Relevance (FRE 402) |
| | | | 323:3 – 323:22 Relevance (FRE 402) |
| | | | 324:3 – 326:4 Relevance (FRE 402) |
| | | | |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| Douglas W. Neumann | 8:19 | 9:5 | No objection |
| | 9:10 | 10:6 | No objection |
| | 11:3 | 12:2 | No objection |
| | 12:8 | 13:19 | Relevance (FRE 402) (as to office location) |
| | 14:20 | 16:10 | Leading (FRE 611) |
| | 16:16 | 17:8 | Relevance (FRE 402) (as to office location) |
| | 17:19 | 18:7 | Leading (FRE 611) |
| | 18:15 | 22:12 | Counsel is testifying (as to how he would define "adjusting"); Speculation/Lack of Personal knowledge (FRE 602); Counsel is testifying (as to how he "would imagine" how things work); Misstates testimony (as to "senior vice president") |
| | 22:21 | 23:6 | Leading (FRE 611); Counsel is testifying (as to his "recollection"); Speculation/lack of personal knowledge (FRE 602) |
| | 23:25 | 24:15 | Attorney-Client Privilege (FRE 501); Leading (FRE 611); Counsel is testifying (as to what he imagines) |
| | 24:24 | 25:2 | No objection |
| | 25:19 | 26:9 | Leading (FRE 611); Counsel is testifying (as to when the loss was) |
| | 26:14 | 27:9 | Leading (FRE 611) |
| | 28:11 | 29:13 | Asked and answered (FRE 611(a)); Counsel is testifying (as to what he "gather[s]") |
| | 30:10 | 31:3 | Speculation/Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Counsel is testifying (as to what he "gather[s]"); |
| | 33:8 | 35:2 | Leading (FRE 611); Speculation/Lack of Personal Knowledge (FRE 602); |
| | 35:9 | 35:12 | Compound |
| | 37:1 | 37:11 | Missing questions and half of the answer; Leading (FRE 611); Counsel is testifying (as to what |

81

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | he imagines) |
| | 37:18 | 38:5 | Vague; Leading (FRE 611) |
| | 39:5 | 41:14 | Leading (FRE 611); Compound; Speculation/Lack of Knowledge (FRE 602); Counsel is testifying as to what the witness said; asked and answered (FRE 611(a) |
| | 43:23 | 44:11 | Speculation/Lack of Personal Knowledge (FRE 602); Counsel is testifying (as to what he gathers) |
| | 44:22 | 45:13 | Leading (FRE 611); Counsel is testifying (as to what he gets); Compound; Counsel is testifying (As to what he thinks) |
| | 47:3 | 47:7 | No objection |
| | 47:25 | 48:11 | Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Leading (FRE 611) |
| | 49:1 | 49:8 | Vague (as to the designated portion of the first question); Compound |
| | 51:10 | 52:10 | Compound; Speculation/Lack of Personal Knowledge (FRE 602); Leading (FRE 611) |
| | 54:3 | 55:13 | Leading (FRE 611); Counsel is testifying; Compound; |
| | 55:20 | 55:24 | Leading (FRE 611); Counsel is testifying (as to what the witness's job is) |
| | 56:15 | 56:22 | Speculation/Lack of Personal Knowledge (FRE 602) |
| | 62:7 | 62:16 | Speculation/Lack of Personal Knowledge (FRE 602) |
| | 63:11 | 65:6 | Leading (FRE 611); Compound; Argumentative; Speculation/Lack of Personal Knowledge (FRE 602); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 65:11 | 68:4 | Asked and Answered (FRE 611(a)); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Compound |

Handwritten annotations (right margin):
- O (next to 37:18 row)
- Sas to 39: 23 - 39: 24 only (next to 39:5 row)
- S (next to 43:23 row)
- O (next to 44:22 row)
- O (next to 47:25 row)
- S (next to 49:1 row)
- O (next to 51:10 row)
- Sas to 54:3-14 O as to rest (next to 54:3 row)
- O (next to 55:20 row)
- O (next to 56:15 row)
- O (next to 62:7 row)
- S (next to 63:11 row)
- S (next to 65:11 row)

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 68:14 | 69:5 | Counsel is testifying (as to what he represents); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (as to what he imagines) |
| | 69:13 | 69:14 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 69:23 | 70:7 | Leading (FRE 611); Counsel is testifying (as wo what one item is "sometimes referred to as"); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 70:13 | 71:10 | Compound; Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 72:4 | 72:13 | Counsel is testifying (as to what something "means"); leading (FRE 611); Speculation/Lack of Knowledge (FRE 602) |
| | 73:15 | 74:5 | Counsel is testifying (as to what something "means" and to what he "know[s]"); Relevance (FRE 402) (counsel admits that his hypothetical is not the case here); Leading (FRE 611) |
| | 75:3 | 75:14 | Counsel is testifying (as to what he would go to); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (as to what he gathers) |
| | 76:2 | 76:5 | Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 77:7 | 77:14 | Counsel is testifying (as to what the witness identified and concluded); Leading (FRE 611); Improper Lay Opinion (FRE 701); Argumentative |
| | 78:16 | 79:7 | Speculation/Lack of Personal Knowledge (FRE 602); Improper Lay Opinion (FRE 701) |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 80:2 | 80:8 | Speculation/Lack of Personal Knowledge (FRE 602); Improper Lay Opinion (FRE 701) |
| | 81:16 | 82:6 | Leading (FRE 611); Counsel is testifying (as to what the witness can or cannot do and as to what the witness can or cannot know) |
| | 82:16 | 82:19 | No objection |
| | 83:1 | 84:6 | Vague (as to who was hired, to whose credentials, and whose findings); Leading (FRE 611) |
| | 84:10 | 85:16 | Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 85:20 | 86:13 | Leading (FRE 611) |
| | 87:1 | 88:24 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Lack of Personal Knowledge (FRE 602); Improper Lay Opinion / Ultimate Issue (FRE 701) |
| | 89:5 | 89:13 | Improper Lay Opinion / Ultimate Issue (FRE 701) |
| | 89:17 | 90:5 | Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); |
| | 90:9 | 91:3 | Improper Lay Opinion / Ultimate Issue (FRE 701); Speculation (FRE 602) |
| | 91:9 | 92:1 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Improper Lay Opinion/Ultimate Issue (FRE 701) |
| | 92:6 | 92:24 | Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Improper Lay Opinion / Ultimate Issue (FRE 701) |
| | 93:21 | 93:25 | Improper Lay Opinion (FRE 701); Leading (FRE 611) |
| | 94:13 | 94:21 | Asked and Answered (FRE |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | 611(a)); Leading (FRE 611); Improper Lay Opinion (FRE 701) |
| | 99:6 | 99:22 | Lack of Personal Knowledge (FRE 602); Speculation (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Improper Lay Opinion (FRE 701) |
| | 100:1 | 100:14 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 101:16 | 101:24 | No objection |
| | 103:12 | 103:14 | No objection |
| | 103:20 | 104:12 | Leading (FRE 611); Speculation/Lack of Personal Knowledge (FRE 602); Foundation; Hearsay (FRE 801(c)) |
| | 104:23 | 105:24 | Leading (FRE 611); Compound Question; Asked and Answered (FRE 611(a)); Speculation/Lack of Personal Knowledge (FRE 602); Foundation; Hearsay (FRE 801(c)); Argumentative; |
| | 106:4 | 106:9 | Speculation (FRE 602); Leading (FRE 611) |
| | 106:18 | 107:8 | Speculation/Lack of Knowledge (FRE 602); Compound Question; Leading (FRE 611) |
| | 107:23 | 108:4 | No objection |
| | 108:18 | 108:22 | Leading (FRE 611) |
| | 109:10 | 110:11 | Leading (FRE 611); Assumes Facts not in evidence; Compound question |
| | 110:22 | 111:8 | Leading (FRE 611) |
| | 111:18 | 112:1 | Asked and answered (FRE 611(a) |
| | 112:23 | 113:1 | Leading (FRE 611) |
| | 113:20 | 114:2 | Leading (FRE 611) |
| | 114:13 | 114:23 | Leading (FRE 611) |
| | 115:10 | 117:1 | Lack of Personal Knowledge (FRE 602); Speculation (FRE 602); Leading (FRE 611) |
| | 117:8 | 118:10 | Attorney-Client Privilege (FRE 501); Lack of Personal |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Knowledge/Speculation (FRE 602); Leading (FRE 611); |
| | 118:18 | 119:2 | Attorney-Client Privilege (FRE 501); Lack of Knowledge/Speculation (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)) |
| | 121:4 | 122:5 | Leading (FRE 611); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 122:21 | 123:9 | Leading (FRE 611); Compound; Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 125:10 | 125:19 | Speculation (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 128:12 | 128:19 | Leading (FRE 611) |
| | 130:13 | 130:25 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Compound |
| | 131:3 | 132:6 | Leading (FRE 611); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is Testifying |
| | 132:17 | 133:7 | Leading (FRE 611); Asked and Answered (FRE 611(a)); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Compound; Non-Responsive Answer |
| | 133:21 | 135:14 | Lack of Personal Knowledge (FRE 602); Speculation (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 135:18 | 135:23 | No objection |
| | 136:2 | 136:3 | No objection |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 137:13 | 142:19 | Relevance (FRE 402); Attorney-Client Privilege (FRE 501); Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Argumentative; Assumes facts not in evidence |
| | 142:24 | 143:25 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 144:4 | 144:25 | Leading (FRE 611); Asked and Answered (FRE 611(a)); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 146:4 | 146:21 | Answer lacks question; Relevance (FRE 402); Attorney-client privilege (FRE 501); Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); |
| | 147:1 | 147:11 | Vague/Foundation; Leading (FRE 611); Counsel is Testifying |
| | 148:2 | 150:3 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Compound; Assumes Facts not in Evidence; Argumentative |
| | 150:7 | 152:4 | Assumes facts not in evidence; Speculation (FRE 602); Argumentative; Leading (FRE 611); Counsel is Testifying; Improper Lay Opinion (FRE 701) |
| | 152:17 | 154:3 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Argumentative; |
| | 154:9 | 156:6 | Argumentative; Speculation |

Handwritten margin notes:
Sasto 138 & 24 - 141&17 rest: O
O (next to 142:24 row)
O (next to 144:4 row)
S (next to 146:4 row)
S (next to 147:1 row)
O (next to 148:2 row)
S (next to 150:7 row)
S 153: 21 - 154: 3 O rest (next to 152:17 row)
O (next to 154:9 row)

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | (FRE 602); Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)) |
| | 157:23 | 158:23 | Leading (FRE 611); Improper Lay Opinion (FRE 701); Argumentative |
| | 159:3 | 160:1 | Missing question; Attorney-client privilege (501); Asked and answered (FRE 611(a)); Leading (FRE 611); Argumentative |
| | 160:10 | 160:25 | Attorney-client privilege (FRE 501); Leading (FRE 611); Vague |
| | 162:8 | 163:12 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative; Vague; Compound |
| | 163:21 | 165:17 | Attorney-Client Privilege (501); Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and answered (FRE 611(a)); Argumentative |
| | 165:23 | 166:25 | Attorney-Client Privilege (FRE 501); Speculation (FRE 602); Argumentative; Irrelevant/Non-Response as to Mr. Colburn |
| | 173:5 | 175:14 | Leading (FRE 611); Argumentative |
| | 177:19 | 178:7 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Improper Lay Opinion (FRE 701); Compound |
| | 178:13 | 180:3 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Argumentative; Best Evidence (FRE 1001-FRE 1003) |
| | 180:12 | 181:24 | Attorney-Client Privilege (FRE 501); Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 183:14 | 184:16 | Leading (FRE 611); Assumes Facts not in Evidence; Counsel is testifying; Argumentative |
| | 185:17 | 187:12 | Leading (FRE 611); Assumes Facts not in Evidence; Counsel is testifying; Argumentative; Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 187:20 | 189:2 | Leading (FRE 611); Argumentative; Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 189:6 | 190:14 | Leading (FRE 611); Improper Lay Opinion (FRE 701); Argumentative; Hearsay (FRE 801(c)); Vague |
| | 190:20 | 191:15 | Attorney-Client Privilege (FRE 501); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 191:24 | 193:2 | Leading; Speculation/Lack of Knowledge (FRE 602); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Argumentative |
| | 193:7 | 195:6 | Speculation (FRE 602); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Leading; Counsel is testifying; Argumentative |
| | 195:18 | 198:14 | Speculation (FRE 602); Lack of knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Argumentative; Counsel is testifying; Cut off response. |
| | 199:21 | 203:19 | Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Improper Lay Opinion (FRE 701); Hearsay (FRE 801(c)); Counsel is testifying; Compound; Argumentative; |

Handwritten annotations in right margin:
S
S
S
S – all except 190: 10 – 14
O
S
S
S: 196: 12 – 21
O: rest
S: 201: 8 – 202: 18 ε 203: 5 – 19.
Rest: O

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Badgering; Assumes facts not in evidence; |
| | 204:1 | 204:19 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Argumentative |
| | 205:2 | 208:3 | Speculation (FRE 602); Lack of Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Argumentative; Counsel is Testifying; |
| | 208:11 | 211:4 | Lacks knowledge (FRE 602); Leading (FRE 611); Asked and answered (FRE 611(a)); Seeks improper lay opinion/Legal conclusion (FRE 701); Hearsay (FRE 801(c)); Counsel is testifying; Argumentative |
| | 211:25 | 212:13 | Attorney-Client Privilege (FRE 501); Calls for Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); |
| | 212:21 | 123:11 | Attorney-Client Privilege (FRE 501); Calls for Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative; Asked and Answered (FRE 611(a)) |
| | 213:18 | 214:8 | Attorney-Client Privilege (FRE 501); Calls for Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative |
| | 214:15 | 215:10 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative; Badgering |
| | 215:15 | 216:25 | Attorney-Client Privilege (FRE 501); Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative; Asked and Answered (FRE 611(a)) |
| | 217:15 | 218:13 | Lack of Direct Knowledge (FRE 602); Leading (FRE 611); Counsel is Testifying; Hearsay (FRE 801(a)). |

- S (next to 204:1–204:19 row)
- S: 205:2 – 11; 206:7 – 208:3; O: 209:19 – 210:3; S: post (next to 205:2–208:3 and 208:11–211:4 rows)
- O (next to 211:25–212:13 row)
- O (next to 212:21–123:11 row)
- S (next to 213:18–214:8 row)
- S (next to 214:15–215:10 row)
- S (next to 215:15–216:25 row)
- O (next to 217:15–218:13 row)

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 219:3 | 219:12 | Lack of Direct knowledge (FRE 602); Leading (FRE 611); Counsel is Testifying; |
| | 219:21 | 220:9 | Lack of Direct knowledge (FRE 602); Leading (FRE 611); Counsel is Testifying; Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 221:12 | 223:14 | Lack of Knowledge/Speculation (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 224:3 | 225:17 | Speculation/Lack of Knowledge (FRE 602); Leading (FRE 611); Counsel is testifying; Improper Lay Opinion (FRE 701) |
| | 226:12 | 227:18 | Speculation (FRE 602); Leading (FRE 611) |
| | 228:8 | 233:1 | Argumentative; Speculation (FRE 602); Leading (FRE 611); Hearsay (810(c)); Best Evidence (FRE 1001-FRE 1003); Compound |
| | 233:8 | 237:10 | Lack of Knowledge (FRE 602); Leading (FRE 611); Asked and Answered (FRE 611(a)); Compound; Argumentative; Badgering |
| | 237:20 | 239:6 | Lack of Knowledge (FRE 602); Leading (FRE 611); Argumentative; Asked and Answered (FRE 611(a)); Counsel is Testifying |
| | 239:24 | 240:5 | No objection |
| | 240:10 | 244:25 | Speculation/Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is Testifying; Compound; Argumentative; |
| | 245:10 | 247:18 | Leading (FRE 611); Hearsay (FRE 801(c)); Counsel is testifying; |
| | | | |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| **Brad Becker** | 9:22 | 11:2 | Counsel is testifying (as to what he thinks); Compound; Counsel is testifying (as to what he gathers); Misstates Testimony (Becker Construction, not Becker Consulting) |
| | 12:1 | 15:22 | Foundation; Counsel is testifying (as to what he understands); Leading (FRE 611); Compound; Counsel is testifying (as to what the witness' job is); Counsel is testifying (as to what he imagines); Counsel is testifying (as to what the witness' job is again); Counsel is testifying (as to that the witness is "doing"); Counsel is testifying (as to what he imagines) |
| | 18:4 | 24:5 | Compound; misstates testimony (Becker is not an employee of Young and Associates, he is an independent contractor); Leading (FRE 611); Counsel is testifying (as to how the witness advertises); Counsel is testifying (as to what he gathers); Counsel is testifying (as to what he imagines); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (literally reading evidence into the record); Counsel is testifying (literally reading evidence into the record again) |
| | 25:16 | 30:11 | Leading (FRE 611); Counsel is testifying (as to what he considers to be contaminates); Compound; Counsel is testifying (as to what he knows); Counsel is testifying (as to what he read); Counsel is testifying (as to what the witness does or does not recall); Counsel is testifying (as to what |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | he imagines) |
| | 30:23 | 31:1 | Compound |
| | 31:12 | 31:15 | No Answer |
| | 32:3 | 32:11 | No Foundation; Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 32:24 | 34:25 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel inserts commentary (as to what is or is not self-evidence); Compound; Counsel is testifying ("providing some answers") |
| | 36:15 | 37:1 | Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 37:23 | 38:4 | Vague (as to who "he" is); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 39:4 | 40:21 | Vague (as to "this purpose"); Leading (FRE 611); Counsel is testifying (as to what he notices) |
| | 41:1 | 46:23 | Vague/Compound; Counsel is testifying (as to what he imagines)(twice); Leading (FRE 611); Counsel is testifying (as to the size of a room); Counsel is testifying (as to how he knows how water behaves); Calls for a narrative response; Counsel is testifying (as to the possession of videos); Counsel is testifying (as to the description of water flow as "Niagara Falls"); Counsel is testifying (as to whether a fact is disputed); Asked and Answered (FRE 611(a)) |
| | 47:8 | 47:23 | Leading (FRE 611); Counsel is testifying (as to how a section of the hotel is referred and what amenities are/were available in that section); Argumentative; |

*[handwritten margin notes:]* in part 46:8-46:15 only

*[handwritten margin notes:]* in part 47:19 47:20 from "And I don't" to "acknowledged" only

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Counsel is testifying (as to what he thinks) |
| | 48:19 | 48:24 | Counsel is testifying (as to what was beneath the pool deck); Compound; Leading (FRE 611); Vague (as there does not appear to even be a question) |
| | 50:20 | 51:13 | Counsel is testifying (telling the witness what parts of the hotel are called); Counsel is testifying (as to which portions of the hotel are forgotten); Leading (FRE 611) |
| | 51:21 | 53:25 | Speculation / Lack of Personal Knowledge (FRE 602); Counsel is testifying (as to features of the property); Leading (FRE 611); Final question is cut-off and no response designated |
| | 54:7 | 59:20 | Speculation / Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Counsel is testifying (as to what the witness would have done); Compound; Counsel is testifying (as to his review of reports); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003) |
| | 60:4 | 61:11 | Leading (FRE 611); Counsel is testifying (as to whether the witness is right or wrong); counsel is testifying (as to how walls may be dried); Foundation |
| | 61:17 | 61:23 | Leading (FRE 611) |
| | 62:14 | 63:3 | Leading (FRE 611); Counsel is testifying (as to what he is saying); Vague (as to which estimate counsel is referring to) |
| | 63:8 | 70:3 | Speculation / Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Compound; Counsel is testifying (as to what the document does or does not say); Counsel is testifying |

*[Handwritten margin notes:]*

S — in part 51:6-51:7 from "So the" to "space" only

S — in part 55:16-55:18 from "And I've" to "but" and 56:10-56:11 from "And from" to "impression" only

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | (quoting the document on multiple occasions); Assumes facts no in evidence; Argumentative; Foundation |
| | 70:18 | 72:16 | Speculation / Lack of Personal Knowledge (FRE 602); Missing part of the question; Leading (FRE 611); Compound; Counsel is testifying (as to what influenced the witness' investigation); Counsel is testifying (as to what he understands) |
| | 73:20 | 76:15 | Leading (FRE 611); Counsel is testifying (as to the witness' job); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel is testifying (as to what he imagines); Compound; Speculation / Lack of Personal Knowledge (FRE 602); No designated response to the final question |
| | 77:6 | 79:15 | Answer without a question; Vague (who was talking to the witness); Call for hearsay (FRE 801(c)); Compound; Leading (FRE 611); Counsel is testifying (as to what would happen); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 80:8 | 82:21 | Compound; Leading (FRE 611); Counsel is testifying (as to what he understands); Counsel is testifying (as to what the witness could have done); Asked and answered (FRE 611(a)) |
| | 83:3 | 84:8 | Beginning of question is cut off; Compound; Speculation / Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Counsel is testifying (as to what he imagines); |
| | 84:22 | 90:17 | Leading (FRE 611); Compound; Speculation / Lack of Personal |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Knowledge (FRE 602); Counsel is testifying (as to what was or was not impacted); Counsel is testifying (as to what "we know); Argumentative; Counsel is testifying (as to the existence of reports and that he has seen them) |
| | 91:1 | 91:25 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Question without an answer; Leading (FRE 611) |
| | 94:5 | 94:25 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is testifying (as to what he gathers); Compound; Counsel is literally reading the document |
| | 95:14 | 97:16 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document. |
| | 100:5 | 100:11 | Leading (FRE 611); Vague (as to who asked the witness to inspect the roof) |
| | 104:2 | 105:5 | Compound; Counsel is testifying (as to what the witness said); Counsel is testifying (as to what he gathers); Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel is reading a document into evidence |
| | 105:19 | 109:5 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Compound; Leading (FRE 611); Argumentative; Asked and Answered (611(a)); Counsel is testifying (as to what the witness is identifying); Counsel is testifying (as to what the witness was doing) |
| | 112:10 | 112:19 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Speculation (FRE 602) |

*[handwritten annotation:]* S in part 87:17-88:4 only

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 113:5 | 118:10 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Speculation / Lack of Personal Knowledge (FRE 602); Compound; Leading (FRE 611); Counsel is testifying (as to what the witness wrote [multiple times]); Asked and answered (FRE 611(a)); |
| | 118:25 | 119:17 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611) |
| | 122:3 | 122:18 | Beginning of question is cut off |
| | 123:1 | 132:22 | Beginning of question is cut off; Counsel is testifying (as to the date of the photos); Best Evidence (FRE 1001-FRE 1003) |
| | 129:12 | 130:5 | Best Evidence (FRE 1001-FRE 1003); Leading (FRE 611); Speculation (FRE 602); Counsel is testifying (final question has no answer designated and is really just a description by counsel) |
| | 130:23 | 132:1 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Counsel is testifying (as to what the witness would have done) |
| | 132:19 | 136:16 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Argumentative; Asked and Answered (611(a)); Counsel is testifying (as to whether water conducts electricity, whether water rusts metals, and whether rust and corrosion are not good); Best Evidence (FRE 1001-FRE 1003) |
| | 137:10 | 138:3 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (as to what the photo depicts) |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 140:7 | 141:2 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Argumentative; Speculation / Lack of Personal Knowledge (FRE 602) |
| | 141:17 | 142:19 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Argumentative; Counsel is testifying (as to what was or was not affected); Speculation / Lack of Personal Knowledge (FRE 602); Counsel is testifying (as to what is in the photo) |
| | 143:16 | 144:1 | Vague (as to what counsel is referring to); Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)) |
| | 144:10 | 144:22 | Best Evidence (FRE 1001-FRE 1003) |
| | 145:6 | 147:15 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is testifying (as to what the photo depicts); Speculation / Lack of Personal Knowledge (FRE 602); Counsel is testifying (as to what he gathers) |
| | 148:5 | 149:20 | Leading (FRE 611); Counsel is testifying (as to where the wet ceilings were contained to) |
| | 151:13 | 151:16 | Vague; Leading (FRE 611) |
| | 153:2 | 153:7 | Vague; Assumes facts not in evidence; Compound |
| | 155:4 | 156:18 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is testifying (as to what his takeaway is) |
| | 156:25 | 157:13 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Speculation / Lack of Personal Knowledge (FRE 602); Leading (FRE 611); Counsel is testifying (as to what constitutes good news) |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 157:20 | 158:24 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Compound; Leading (FRE 611); Counsel is testifying (reading an email into the record); Counsel is testifying (as to what the witness knows); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 159:5 | 163:20 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Counsel is testifying (as he is both reading and spelling the report into the record); Compound; Foundation; Counsel is testifying (as to what he gathers) |
| | 165:11 | 165:19 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel is testifying (as to what he was reading) |
| | 166:7 | 167:7 | Asked and answered (611(a)); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Speculation / Lack of Personal Knowledge; Foundation; Vague (as to whom Counsel is referring) |
| | 167:14 | 169:18 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Compound; Counsel is testifying (as to what someone is doing) |
| | 169:24 | 171:9 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Asked and answered (FRE 611(a)) |
| | 171:19 | 174:10 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel is testifying (as to what |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | he was reading); Speculation / Lack of Personal Knowledge (FRE 602); Argumentative |
| | 175:11 | 181:4 | Counsel is testifying (as to what the document is); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Compound; Leading (FRE 611); Counsel is testifying (reading the document); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 183:1 | 183:5 | Vague (as to what type of abatement he is referring to); argumentative; leading (FRE 611) |
| | 184:13 | 186:9 | Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (as to what he believes); Leading (FRE 611); Hearsay (FRE 801(c)); Counsel is testifying (as to what the witness' goal is); Argumentative; No designated answer to final narrative question |
| | 186:16 | 191:20 | Vague (as to what was being referred to); leading (FRE 611); Counsel is testifying (as to what the witness' point is); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Leading (FRE 611) |
| | | | |
| **Wade Ledbetter** | 4:9 | 4:14 | Relevance (FRE 402); Not a Question |
| | 5:17 | 5:22 | None |
| | 10:9 | 10:15 | None |
| | 11:11 | 11:23 | None |
| | 12:5 | 13:13 | None |
| | 14:1 | 16:14 | Leading (FRE 611) |
| | 17:5 | 17:21 | Leading (FRE 611); Vague |
| | 18:9 | 19:4 | Leading (FRE 611); Lack of Personal Information (FRE 602); |
| | 19:24 | 20:6 | Leading (FRE 611); Compound; Counsel is testifying (as to an |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | adjuster's responsibility) |
| | 26:16 | 30:13 | None |
| | 31:22 | 32:21 | None |
| | 33:23 | 34:6 | None |
| | 34:16 | 36:11 | Leading (FRE 611); Counsel is testifying (as to what he knows) |
| | 36:22 | 36:25 | Asked and answered (FRE 611(a)); Leading (FRE 611) |
| | 38:7 | 38:15 | *Subject to Stipulated Protective Order |
| | 40:1 | 40:2 | *Subject to Stipulated Protective Order; Vague (no designated question to be answered) |
| | 42:14 | 43:12 | *Subject to Stipulated Protective Order; Leading (FRE 611) |
| | 45:18 | 46:11 | Leading (FRE 611); Compound |
| | 47:16 | 48:14 | Vague (no designated question to be answered); Leading (FRE 611) |
| | 49:1 | 49:14 | Speculation / Lack of Personal Knowledge (FRE 602); Vague (as to what physical inspection); Leading (FRE 611) |
| | 49:22 | 50:14 | Leading (FRE 611) |
| | 50:24 | 52:6 | Leading (FRE 611) |
| | 53:13 | 53:18 | Leading (FRE 611); Compound |
| | 54:6 | 54:15 | Leading (FRE 611) |
| | 55:9 | 56:5 | Counsel is testifying (As to what he has seen); Vague (not clear what counsel is asking); foundation; Speculation / Lack of Knowledge (FRE 602); Unanswered question |
| | 57:23 | 58:2 | Counsel is testifying (as to what he has read); Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Leading (FRE 611) |
| | 60:14 | 62:4 | Leading (FRE 611); Asked and Answered (FRE 611(a)); Compound; Speculation / Lack of Personal Knowledge (FRE 602) |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 65:16 | 66:12 | Designation omits initial question; Designation omits half of the answer; Leading (FRE 611); Lack of Personal Knowledge (FRE 602); Foundation; Assumes facts not in evidence; Speculation (FRE 602) |
| | 66:25 | 67:4 | None |
| | 69:9 | 69:20 | Compound; Leading; Speculation / Lack of Personal Knowledge (FRE 602) |
| | 72:20 | 73:12 | Vague (as to the period of time) |
| | 74:9 | 74:14 | Vague (as to the time of reference) |
| | 75:2 | 75:8 | Vague (as to who received the assignment); Lack of Personal Knowledge (FRE 602) |
| | 84:10 | 84:24 | Compound |
| | 90:19 | 93:5 | Asked and answered (FRE 611(a)); Counsel is testifying (as to what the witness said); Counsel is testifying (as to what he imagines); |
| | 94:1 | 94:22 | Vague (as to who's visit is being referred); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 97:21 | 98:1 | Speculation |
| | 99:3 | 99:11 | Leading (FRE 611); Counsel is testifying (as to his understanding of the value of the loss) |
| | 100:14 | 101:13 | Counsel is testifying (as to what he knows); Leading (FRE 611); Compound; Counsel is interrupting the witness |
| | 105:15 | 105:23 | Leading (FRE 611); Counsel is interrupting the witness |
| | 106:10 | 107:2 | Compound; Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 115:12 | 115:21 | Counsel is testifying (as to what he imagines); Leading (FRE 611) |

Handwritten margin notes: "S   in part 65:16 65:20 only"

102

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 116:5 | 116:18 | Speculation / Lack of Personal Knowledge (FRE 602); Argumentative; Asked and Answered (FRE 611(a)); Foundation; Leading (FRE 611); Counsel is testifying (as to what the number should be) |
| | 117:1 | 117:8 | Compound; Leading (FRE 611) |
| | 122:22 | 123:11 | Counsel is testifying (as to what the witness said); Asked and answered (FRE 611(a)); Compound |
| | 125:2 | 125:8 | Compound; Part of the answer is missing from the designation |
| | 125:17 | 128:5 | Vague (as to who the witness was speaking to); Leading (FRE 611); Counsel is testifying (as to what the witness might have said); Counsel is testifying (As to what he gathers); Counsel is testifying (as to what he thought) |
| | 132:3 | 132:12 | Vague (as to whose assignment counsel is referring) |
| | 132:21 | 133:1 | None |
| | 136:20 | 137:6 | Counsel is testifying (as to what he gathers) |
| | 137:22 | 139:20 | Counsel is testifying (as to what he saw); Counsel is guessing at figures; Speculation / Lack of Knowledge (FRE 602); Leading (FRE 611); Compound |
| | 140:19 | 141:10 | Compound; Argumentative; Asked and Answered (FRE 611(a)); Leading (FRE 611) |
| | 143:5 | 145:14 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 148:12 | 148:20 | Best Evidence (FRE 1001-FRE 1003) |
| | 149:7 | 150:24 | Leading (FRE 611); Improper Lay Opinion (FRE 701); Vague (as to the wording of the question on 150:17-20); |

*(Handwritten marginal notes:)*
S — in part 138:5 only
S from — in part 141:4-14115 "That's..." to "with" only
S — in part 144:19 -144:22 Only
S — in part 150:17 -150:24 only

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Counsel is testifying (as to what the answer should be) |
| | 151:6 | 152:19 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Attorney-Client Privilege (FRE 501) |
| | 153:12 | 153:15 | Speculation / Lack of Personal Knowledge (FRE 602) |
| | 157:17 | 159:1 | Speculation / Lack of Personal Knowledge (FRE 602); Best Evidence (FRE 1001-FRE 1003); Leading (FRE 611); Hearsay (FRE 801(c)) |
| | 159:14 | 160:1 | Compound; Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)) |
| | 162:13 | 162:25 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)) |
| | 163:13 | 163:21 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611) |
| | 165:8 | 165:13 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611) |
| | 167:9 | 170:2 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Compound; Argumentative |
| | 170:12 | 172:10 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Compound; |
| | 173:21 | 173:25 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); |
| | 174:5 | 175:19 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Compound; Speculation / Lack of Personal Knowledge (FRE 602); |
| | 176:11 | 178:9 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Compound |
| | 179:5 | 179:19 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Leading (FRE 611); Asked and answered (FRE 611(a)); Compound |
| | 180:3 | 181:20 | Compound; Speculation (FRE 602); Argumentative; Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); |
| | 182:2 | 182:3 | Question without an answer; Hearsay (FRE 801(c)); Best Evidence (FRE 1001-FRE 1003); Counsel is testifying (as to what someone said); Vague (as to who said it) |
| | 182:16 | 183:15 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Compound; Argumentative |
| | 184:24 | 186:21 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 187:7 | 187:10 | Leading (FRE 611); Vague (as to who was reporting and what that person was reporting) |
| | 187:25 | 189:22 | Foundation; Leading (FRE 611); Argumentative; Badgering; Counsel is interrupting the witness; Attorney-Client Privilege (FRE 501). |
| | 190:6 | 191:22 | Argumentative; Leading (FRE 611); Attorney-Client Privilege (FRE 501); Hearsay (FRE 801(c)) |
| | 196:14 | 198:2 | Compound; Asked and answered (FRE 611 (a)); Best Evidence (FRE 1001-FRE 1003); Argumentative; Badgering; Leading (FRE 611); Counsel is Testifying |
| | 199:11 | 199:23 | Attorney-Client Privilege (FRE 501) |

*(handwritten margin notes:)* in part 188:4–189:5, 189:10–189:14 only

*(handwritten margin note:)* in part 197:6–197:10

105

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 202:2 | 202:5 | Not a question, not an answer; Statement of Defending Counsel; Not evidence |
| | 204:5 | 204:10 | Not a question, not an answer; Statement of Deposing Counsel; Not evidence |
| | 211:3 | 212:1 | Leading (FRE 611); Argumentative; Hearsay (FRE 501(c)); Counsel is testifying and drawing conclusions; |
| | 212:1 | 213:15 | Deposing Counsel is trying to instruct the Witness how to answer; Best Evidence (FRE 1001-FRE 1003);  Hearsay (FRE 801(c)); Leading (FRE 611); Argumentative; Counsel is testifying (As to what the author was addressing); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 213:19 | 214:21 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel is testifying; Leading; Counsel is literally reading a document into the record |
| | 214:25 | 215:2 | Leading (FRE 611); Compound; Counsel is testifying |
| | 216:5 | 216:8 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 216:13 | 217:4 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 219:2 | 219:4 | Attorney-Client Privilege (FRE 501) |
| | 219:13 | 221:3 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record; Argumentative; Counsel is testifying (as to what someone "had to do"); Asked |

106

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | and answered (FRE 611(a)) |
| | 221:16 | 222:2 | Asked and answered (FRE 611(a)); Leading (FRE 611); Counsel is testifying (as to what is clear); Compound |
| | 222:6 | 222:9 | None |
| | 222:12 | 223:12 | Leading (FRE 611); Asked and Answered (FRE 611(a)); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Counsel read another provision into the record. |
| | 226:18 | 228:18 | Leading (FRE 611); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 229:8 | 229:12 | Leading (FRE 611) |
| | 241:16 | 242:11 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 243:16 | 244:4 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record; Compound |
| | 244:12 | 244:19 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 244:22 | 246:1 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record; Speculation / Lack of Personal Knowledge (FRE 602) |
| | 247:11 | 248:7 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record; Speculation / Lack of Personal Knowledge (FRE 602) |
| | 249:3 | 249:10 | None |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 254:8 | 255:12 | Counsel is arguing with himself; Speculation / Lack of Personal Knowledge (FRE 602); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611) |
| | 255:17 | 256:13 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Asked and Answered (FRE 611(a)) |
| | 256:25 | 257:18 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 257:23 | 258:5 | Argumentative; Leading (FRE 611) |
| | 263:1 | 263:23 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Counsel is reading the document into the record |
| | 264:12 | 264:24 | None |
| | 265:12 | 265:15 | Asked and Answered (FRE 611(a)) |
| | 265:20 | 265:25 | Compound; Leading |
| | 266:24 | 267:24 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); |
| | 269:4 | 270:2 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); |
| | 270:10 | 270:13 | None |
| | 270:22 | 271:17 | Leading (FRE 611); |
| | 272:24 | 272:24 | No question designated, answer is non-sensical without a question. |
| | 273:9 | 273:17 | Leading (FRE 611) |
| | 273:25 | 274:3 | Leading (FRE 611) |
| | 274:17 | 274:19 | Leading (FRE 611); Vague as to whom Counsel is referencing |
| | 274:24 | 274:25 | No question, no answer, not evidence |
| | 277:7 | 277:13 | Leading (FRE 611); Asked and Answered (FRE 611(a)) |

*Handwritten annotations in right margin:*
S — in part 254:18-254:10 only
O
O
S — in part 258:1-258:5 only
O
—
S
O
S
O
—
O
S
O
O
S
S
O

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 279:9 | 280:2 | Leading (FRE 611); Asked and Answered (FRE 611(a)) |
| | 281:5 | 281:12 | Attorney-Client Privilege (FRE 501) |
| | 281:17 | 282:1 | Attorney-Client Privilege (FRE 501) |
| | 282:5 | 282:6 | Attorney-Client Privilege (FRE 501) |
| | 282:12 | 284:2 | Attorney-Client Privilege (FRE 501); Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); |
| | 284:9 | 285:22 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); |
| | 313:21 | 314:3 | None |
| | 314:21 | 314:23 | None |
| | 316:5 | 316:11 | None |
| | 316:19 | 316:23 | Leading (FRE 611) |
| | 318:14 | 319:18 | Leading (FRE 611); Hearsay (FRE 801(c)); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 321:8 | 321:15 | Leading (FRE 611) |
| | 323:1 | 323:3 | Vague (as to which conference call) |
| | 323:12 | 323:20 | Compound; Attorney-Client Privilege (FRE 501) |
| | 324:25 | 325:4 | Leading (FRE 611) |
| | 326:14 | 327:6 | Counsel is testifying; Compound; Attorney-Client Privilege (FRE 501) |
| | 328:1 | 328:25 | Leading (FRE 611); Asked and Answered (FRE 611(a)) |
| | 329:5 | 329:14 | Asked and Answered (FRE 611(a)); Leading (FRE 611) |
| | 330:17 | 330:20 | Leading (FRE 611) |
| | 341:23 | 342:10 | Vague (as to what samples and what lab); Speculation / Lack of Knowledge (FRE 602) |
| | 343:12 | 344:13 | Leading (FRE 611); Compound |
| | 344:21 | 346:6 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); |
| | 348:20 | 349:4 | Leading (FRE 611); Compound; |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Assumes Facts Not In Evidence |
| | 349:25 | 352:19 | Leading (FRE 611); Counsel is testifying (as to what the witness wants to do); Compound |
| | 353:10 | 353:25 | Counsel is testifying (as to his understanding of agency principles); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 354:11 | 356:7 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 356:24 | 357:12 | Speculation / Lack of Personal Knowledge (FRE 602); Compound; Leading (FRE 611) |
| | 357:21 | 358:7 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Assumes Facts Not In Evidence |
| | 360:5 | 361:21 | Leading (FRE 611); Compound; Asked and answered (FRE 611(a)) |
| | 366:5 | 366:12 | Compound; Asked and Answered (FRE 611(a)) |
| | 367:19 | 368:15 | Counsel is testifying; Leading; Seeks improper lay opinion (FRE 701); Asked and Answered (FRE 611(a)) |
| | 372:9 | 373:23 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack or Personal Knowledge (FRE 602) |
| | | | |
| Richard Kim | All pages and lines *other than* those designated for trial by Defendants | | Relevancy (FRE 402), Confusion, Prejudice (FRE 403), Hearsay (801 and 802), Speculation (FRE 602); Improper testimony by Plaintiffs' counsel |
| | | | |
| Daniel Weatherbie | 7:7 | 7:17 | |
| | 8:6 | 8:13 | No objection. |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | | | Assumes Facts Not In Evidence |
| | 349:25 | 352:19 | Leading (FRE 611); Counsel is testifying (as to what the witness wants to do); Compound |
| | 353:10 | 353:25 | Counsel is testifying (as to his understanding of agency principles); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 354:11 | 356:7 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602) |
| | 356:24 | 357:12 | Speculation / Lack of Personal Knowledge (FRE 602); Compound; Leading (FRE 611) |
| | 357:21 | 358:7 | Leading (FRE 611); Speculation / Lack of Personal Knowledge (FRE 602); Assumes Facts Not In Evidence |
| | 360:5 | 361:21 | Leading (FRE 611); Compound; Asked and answered (FRE 611(a)) |
| | 366:5 | 366:12 | Compound; Asked and Answered (FRE 611(a)) |
| | 367:19 | 368:15 | Counsel is testifying; Leading; Seeks improper lay opinion (FRE 701); Asked and Answered (FRE 611(a)) |
| | 372:9 | 373:23 | Best Evidence (FRE 1001-FRE 1003); Hearsay (FRE 801(c)); Leading (FRE 611); Speculation / Lack or Personal Knowledge (FRE 602) |
| | | | |
| **Richard Kim** | All pages and lines *other than* those designated for trial by Defendants | | Relevancy (FRE 402), Confusion, Prejudice (FRE 403), Hearsay (801 and 802), Speculation (FRE 602); Improper testimony by Plaintiffs' counsel |
| | | | |
| **Daniel Weatherbie** | 7:7 | 7:17 | |
| | 8:6 | 8:13 | No objection. |

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 11:10 | 12:5 | Relevancy (FRE 402) |
| | 13:9 | 14:1 | Relevancy (FRE 402) |
| | 14:9 | 20:20 | Relevancy (FRE 402) |
| | 21:19 | 22:16 | Relevancy (FRE 402) |
| | 23:12 | 26:2 | No objection. |
| | 27:23 | 29:7 | No objection. |
| | 31:22 | 34:17 | Relevancy (FRE 402); Improper Lay Opinion (FRE 701) Improper Expert Opinion (FRE 702) |
| | 35:5 | 35:7 | Relevancy (FRE 402); Improper Lay Opinion (FRE 701) Improper Expert Opinion (FRE 702) |
| | 35:18 | 36:3 | Relevancy (FRE 402); Improper Lay Opinion (FRE 701) Improper Expert Opinion (FRE 702); Calls for legal conclusion |
| | 36:17 | 53:13 | 37:2 – 38:17 Relevance (FRE 402); Witness lacks personal knowledge (FRE 602); speculation (FRE 602) |
| | 54:12 | 55:2 | No objection. |
| | 55:10 | 59:12 | No objection. |
| | 60:3 | 66:4 | 63:8 – 64:8 Hearsay (FRE 801, 802); witness lacks personal knowledge (FRE 601) |
| | 67:3 | 67:24 | No objection. |
| | 68:4 | 68:10 | No objection. |
| | 68:20 | 72:5 | 69:13 – 70:19 Hearsay (FRE 801, 802); witness lacks personal knowledge (FRE 601); 71:4 – 72:5 Hearsay (FRE 801, 802), Relevancy (FRE 402) |
| | 74:24 | 75:16 | Relevancy (FRE 402) |
| | 76:12 | 76:16 | Hearsay (FRE 801, 802), Relevancy (FRE 402) |
| | 76:24 | 77:7 | No objection. |
| | 77:20 | 78:21 | No objection. |
| | 79:8 | 79:23 | No objection. |
| | 80:8 | 81:10 | No objection. |
| | 81:23 | 82:11 | No objection. |
| | 83:8 | 86:25 | Hearsay (FRE 801, 802) |
| | 87:13 | 88:15 | No objection. |
| | 88:25 | 90:4 | No objection. |

Handwritten annotations:
- O
- S 18: 10-
- O 14:2
- ₹ 19:10-
- 20:20
- O
- S
- S
- S, except
- O: 38:18 – 49:18
- 49:25 – 51:1
- 51: 8 – 53:3
- S as to 43: 8 –
- 64:8, 13-14.
- O
- O
- O
- O

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 91:2 | 91:17 | Relevancy (FRE 402); completeness |
| | 92:4 | 94:15 | 92:4 – 93:18 Relevancy (FRE 402); speculation (FRE 602) |
| | 96:7 | 96:13 | No objection. |
| | 97:6 | 97:13 | No objection. |
| | 98:17 | 99:11 | 98:17 – 99:2 Hearsay (FRE 801, 802) |
| | 99:22 | 104:10 | No objection. |
| | 106:13 | 106:16 | No objection. |
| | 107:6 | 107:18 | Witness lacks personal knowledge (FRE 602); speculation (FRE 602) |
| | 108:12 | 108:17 | No objection. |
| | 109:19 | 110:21 | Hearsay (FRE 801, 802); speculation (FRE 602); leading (FRE 611); asked & answered |
| | 111:15 | 111:24 | No objection. |
| | | | |
| **Craig Pasco** | 11:8 | 11:17 | No objection. |
| | 14:6 | 14:9 | No objection. |
| | 14:11 | 14:17 | No objection. |
| | 14:22 | 15:1 | No objection. |
| | 15:11 | 16:22 | No objection. |
| | 17:6 | 17:8 | No objection. |
| | 19:19 | 19:22 | No objection. |
| | 23:5 | 23:19 | No objection. |
| | 31:11 | 31:15 | No objection. |
| | 46:5 | 46:24 | No objection. |
| | 48:4 | 48:10 | No objection. |
| | 50:18 | 51:1 | Hearsay (FRE 801(c)) |
| | 51:4 | 51:7 | Hearsay (FRE 801(c)) |
| | 51:16 | 51:23 | No objection. |
| | 52:2 | 52:25 | No objection. |
| | 57:8 | 57:20 | No objection. |
| | 58:21 | 58:24 | Hearsay (FRE 801(c)) |
| | 67:2 | 67:6 | Hearsay (FRE 801(c)); Foundation |
| | 68:17 | 69:4 | Hearsay (FRE 801(c)); Foundation |
| | 69:13 | 70:8 | Hearsay (FRE 801(c)) |
| | 70:23 | 71:15 | Hearsay (FRE 801(c)); Foundation |
| | 72:17 | 72:20 | No objection. |
| | 72:25 | 73:10 | No objection. |

*Handwritten annotation next to 109:19 row:* S: 110:15-21  O: rest

| Witness Name | Page/Line Start | Page/Line End | Objection/Response |
|---|---|---|---|
| | 74:12 | 74:20 | No objection. |
| | 74:24 | 75:15 | No objection. |
| | 75:22 | 77:6 | No objection. |
| | 77:12 | 78:4 | No objection. |
| | 78:14 | 78:16 | No objection. |
| | 79:3 | 79:4 | No objection. |
| | 79:7 | 79:13 | No objection. |
| | 79:22 | 79:24 | No objection. |
| | 80:4 | 80:24 | No objection. |
| | 81:3 | 82:3 | No objection. |
| | 82:5 | 82:6 | No objection. |
| | 82:8 | 82:15 | No objection. |
| | 82:22 | 83:16 | No objection. |
| | 83:23 | 84:1 | No answer |
| | 86:5 | 86:25 | Incomplete question; Hearsay (FRE 801(c)) |
| | 87:3 | 87:8 | No objection. |
| | 87:10 | 87:12 | No objection. |
| | 87:16 | 88:13 | Hearsay (FRE 801(c)) |
| | 88:23 | 89:3 | No objection. |
| | 89:5 | 89:11 | No objection. |
| | 90:4 | 91:1 | Hearsay (FRE 801(c)) |
| | 91:5 | 91:15 | Hearsay (FRE 801(c)) |
| | 91:20 | 92:3 | No objection. |
| | 92:8 | 93:9 | Hearsay (FRE 801(c)) |
| | 99:1 | 99:21 | No answer. |
| | 101:25 | 102:16 | No objection. |

Defendant objects to Plaintiffs' Counter-designations as follows:

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| **Ivy Greenberg** | 19:2 | 19:6 | Answer lacks context without reference to remainder of transcript |
| | 24:14 | 25:9 | Hearsay (FRE 801) |
| | 38:12 | 38:13 | Question and Answer lacks context without 38:3-11 |
| | 39:2 | 39:13 | Speculation / Lack of Knowledge (FRE 602) |
| | 63:6 | 63:10 | No Question designated, Counsel is coaching the witness. |
| | 69:7 | 71:7 | Hearsay (FRE 801); Best |

| | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | | | Evidence (FRE 1001-1003) |
| | 72:2 | 72:17 | Hearsay (FRE 801); Best Evidence (FRE 1001-FRE 1003) |
| | 76:1 | 76:3 | No Question designated, Counsel is coaching the witness. |
| **John Panico** | 59:9 | 59:21 | Designation cuts off the witness's answer at 59:22. |
| | 60:5 | 60:5 | This answer is in response to Counsel's coaching rather than a question. |
| | 159:22 | 160:2 | This is not testimony. This is a back and forth between counsel. It is not evidence. |
| | 160:6 | 160:9 | This is not testimony. This is a back and forth between counsel. It is not evidence. |

(2) Plaintiffs object to Defendant's depositions as follows:

| **Witness Name** | **Page/Line Start** | **Page/Line End** | **Objection** |
|---|---|---|---|
| **Daniel Weatherbie** | 25:4 | 2577 | End line should be 25:7, or Relevancy (FRE 402), Cumulative (FRE 403), and all objections as follow herein |
| | 42:5 | 42:8 | Speculation (FRE 602) |
| | 43:11 | 43:23 | Relevancy (FRE 402) Speculation (FRE 602) |
| | 52:13 | 54:16 | Completeness (FRE 106) |
| | 55:1 | 55:2 | Completeness (FRE 106) |
| | 55:11 | 56:16 | Relevancy (FRE 402) Lay Witness Opinion (FRE 701) |
| | 57:10 | 57:21 | Relevancy (FRE 402) Lay Witness Opinion (FRE 701) |
| | 58:6 | 58:23 | Completeness (FRE 106) |
| | 59:4 | 59:11 | Completeness (FRE 106) |
| | 59:20 | 60:5 | Completeness (FRE 106) |
| | 60:9 | 60:17 | Completeness (FRE 106) |
| | 60:24 | 61:11 | Completeness (FRE 106) |
| | 62:4 | 62:14 | Completeness (FRE 106) |
| | 67:14 | 67:23 | Relevancy (FRE 402) Immaterial (FRE 403) Prejudicial (FRE 403) |
| | 68:2 | 68:22 | Relevancy (FRE 402) Immaterial (FRE 403) |

| | | | |
|---|---|---|---|
| | | | Prejudicial (FRE 403) Speculation (FRE 602) |
| | 69:1 | 69:2 | Relevancy (FRE 402) Immaterial (FRE 403) Prejudicial (FRE 403) Speculation (FRE 602) |
| | 69:5 | 69:6 | Relevancy (FRE 402) Immaterial (FRE 403) Prejudicial (FRE 403) Speculation (FRE 602) |
| | 80:8 | 80:18 | Relevancy (FRE 402) |
| | 88:25 | 89:22 | Speculation (FRE 602) Lay Witness Opinion (FRE 701) |
| | 99:3 | 100:14 | Speculation (FRE 602) Lay Witness Opinion (FRE 701) |
| | 103:12 | 103:21 | Speculation (FRE 602) Lay Witness Opinion (FRE 701) |
| **Richard Kim** | | | No objections |
| **Ivy Greenberg** | 13:1 | 13:23 | Relevancy (FRE 402) Foundation (FRE 901) |
| | 22:1 | 22:20 | Relevancy (FRE 402) |
| | 22:23 | 23:9 | Relevancy (FRE 402) |
| | 24:1 | 24:6 | Relevancy (FRE 402) No answer |
| | 62:16 | 63:3 | Relevancy (FRE 402) Speculation (FRE 602) Hearsay (FRE 801) |
| | 66:5 | 66:21 | Relevancy (FRE 402) Foundation (FRE 901) |
| | 71:8 | 71:25 | Relevancy (FRE 402) |
| | 75:14 | 75:25 | Relevancy (FRE 402) Foundation (FRE 901) |
| **John Panico** | 15:8 | 15:20 | Relevancy (FRE 402) |
| | 16:15 | 16:23 | Relevancy (FRE 402) |
| | 20:21 | 21:1 | Relevancy (FRE 402) |
| | 39:19 | 41:3 | Relevancy (FRE 402) Immaterial (FRE 403) Prejudicial (FRE 403) |
| | 58:24 | 59:8 | Relevancy (FRE 402) |
| | 61:11 | 61:24 | Relevancy (FRE 402) |
| | 62:5 | 62:8 | Relevancy (FRE 402) |
| | 157:12 | 159:19 | Relevancy (FRE 402) |

| | 161:4 | 161:25 | Relevancy (FRE 402) |
| | 167:17 | 167:23 | Relevancy (FRE 402) |

Plaintiffs object to Defendant's Counter-designations as follows:

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| **Kevin Owens** | 10:7 | 10:22 | No objection |
| | 28:7 | 28:19 | Relevancy (FRE 402) |
| | 34:12 | 35:9 | Relevancy (FRE 402) |
| | 104:3 | 104:10 | Relevancy (FRE 402); Form |
| | 104:22 | 106:14 | Relevancy (FRE 402) |
| | 110:2 | 110:8 | Relevancy (FRE 402); Speculation (FRE 602) |
| | 130:24 | 131:4 | Relevancy (FRE 402) |
| | 131:22 | 132:5 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 134:12 | 135:17 | Relevancy (FRE 402) |
| | 153:3 | 153:10 | No objection |
| | 157:9 | 157:12 | No objection |
| | 157:13 | 158:14 | Foundation (FRE 901) |
| | 160:21 | 161:7 | No objection |
| | 164:10 | 164:15 | No objection |
| | 181:24 | 182:11 | No objection |
| | 194:14 | 196:2 | No objection |
| | 196:5 | 196:9 | No objection |
| | 204:3 | 204:9 | No objection |
| | 205:13 | 205:15 | Relevancy (FRE 402) |
| | 219:19 | 220:3 | Relevancy (FRE 402) |
| | 220:19 | 220:23 | No objection |
| | 221:2 | 221:5 | No objection |
| | 222:2 | 222:15 | No objection |
| | 253:16 | 254:7 | No objection |
| | 258:1 | 263:1 | No objection |
| | 267:3 | 267:16 | No objection |
| | | | |
| **Douglas W. Neumann** | 4:8 | 4:18 | No objection |
| | 10:25 | 10:25 | No objection |
| | 18:8 | 18:14 | No objection |
| | 22:13 | 22:14 | No objection |
| | 30:5 | 30:9 | No objection |
| | 35:13 | 36:13 | No objection |

116

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | 36:15 | 36:16 | No objection |
| | 36:20 | 36:25 | No objection |
| | 48:19 | 48:25 | No objection |
| | 49:15 | 49:25 | Hearsay (FRE 801 and 802) |
| | 50:3 | 50:8 | No objection |
| | 53:3 | 53:6 | No objection |
| | 55:14 | 55:19 | No objection |
| | 68:5 | 68:8 | No objection |
| | 70:8 | 70:8 | No objection |
| | 70:10 | 70:12 | No objection |
| | 71:14 | 72:3 | No objection |
| | 74:6 | 74:17 | No objection |
| | 75:15 | 75:19 | Relevancy (FRE 402) |
| | 75:22 | 75:25 | Relevancy (FRE 402) |
| | 86:16 | 86:25 | No objection |
| | 89:1 | 89:3 | No objection |
| | 94:22 | 95:2 | Relevancy (FRE 402) |
| | 95:3 | 95:9 | Relevancy (FRE 402) |
| | 95:22 | 96:1 | Relevancy (FRE 402) |
| | 96:23 | 97:6 | Relevancy (FRE 402) |
| | 97:11 | 97:15 | Improper Lay Opinion/Ultimate Issue (FRE 701), Improper Expert Opinion (FRE 702) |
| | 97:17 | 97:19 | Improper Lay Opinion/Ultimate Issue (FRE 701), Improper Expert Opinion (FRE 702) |
| | 98:23 | 99:4 | Improper Lay Opinion/Ultimate Issue (FRE 701), Improper Expert Opinion (FRE 702) |
| | 101:1 | 101:7 | Relevancy (FRE 402) |
| | 101:9 | 101:11 | Relevancy (FRE 402) |
| | 101:15 | 101:15 | No objection |
| | 105:25 | 106:1 | No objection |
| | 106:11 | 106:11 | No objection |
| | 106:17 | 106:17 | No objection |
| | 107:18 | 107:22 | No objection |
| | 113:17 | 113:19 | Relevancy (FRE 402) |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
|  | 118:16 | 118:17 | No objection |
|  | 122:6 | 122:17 | Improper Lay Opinion/Ultimate Issue (FRE 701), Improper Expert Opinion (FRE 702) |
|  | 133:8 | 133:15 | Relevancy (FRE 402) |
|  | 136:4 | 136:9 | Foundation (FRE 901) |
|  | 136:12 | 136:17 | Speculation (FRE 602) |
|  | 146:23 | 146:25 | Relevancy (FRE 402) |
|  | 147:13 | 147:25 | No objection |
|  | 156:7 | 156:18 | Foundation (FRE 901) |
|  | 158:24 | 159:2 | No objection |
|  | 167:4 | 167:8 | No objection |
|  | 187:14 | 187:19 | No objection |
|  | 195:8 | 195:16 | Relevancy (FRE 402) |
|  | 198:15 | 198:24 | Hearsay (FRE 801 and 802); Improper Lay Opinion/Ultimate Issue (FRE 701) |
|  | 211:8 | 211:12 | Relevancy (FRE 402) |
|  | 211:14 | 211:22 | Relevancy (FRE 402) |
|  | 211:24 | 211:24 | No objection |
|  | 239:7 | 239:8 | No objection |
|  |  |  |  |
| Brad Becker | 11:21 | 11:25 | No objection |
|  | 16:6 | 17:6 | Relevancy (FRE 402) |
|  | 17:10 | 17:23 | Relevancy (FRE 402) |
|  | 24:15 | 24:18 | No objection |
|  | 31:16 | 31:17 | Relevancy (FRE 402); Foundation (FRE 901) |
|  | 31:23 | 32:2 | Relevancy (FRE 402); Foundation (FRE 901) |
|  | 32:12 | 32:15 | Relevancy (FRE 402) |
|  | 35:1 | 35:7 | Relevancy (FRE 402); Improper Expert Opinion (FRE 702) |
|  | 37:2 | 37:22 | Relevancy (FRE 402); Speculation (FRE 602); Form |
|  | 38:5 | 38:5 | No objection |
|  | 38:8 | 38:16 | No objection |
|  | 54:1 | 54:1 | No objection |
|  | 54:3 | 54:3 | No objection |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | 70:4 | 70:9 | Relevancy (FRE 402); Foundation (FRE 901); Improper Expert Opinion (FRE 702) |
| | 72:17 | 73:8 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 79:16 | 79:18 | No objection |
| | 82:3 | 82:4 | No objection |
| | 82:7 | 82:21 | No objection |
| | 82:25 | 83:2 | No objection |
| | 84:9 | 84:13 | Foundation (FRE 901); Form |
| | 84:15 | 84:17 | Foundation (FRE 901) |
| | 92:1 | 92:2 | No objection |
| | 93:12 | 93:13 | No objection |
| | 101:16 | 101:17 | Relevancy (FRE 402) |
| | 101:22 | 102:7 | No objection |
| | 109:6 | 109:13 | No objection |
| | 112:20 | 113:4 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 130:6 | 130:12 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 143:8 | 143:9 | Relevancy (FRE 402) |
| | 143:14 | 143:15 | Relevancy (FRE 402) |
| | 144:2 | 144:7 | Relevancy (FRE 402) |
| | 149:21 | 150:1 | Foundation (FRE 901) |
| | 152:2 | 152:3 | No objection |
| | 154:21 | 154:22 | No objection |
| | 154:24 | 155:3 | No objection |
| | 156:19 | 156:24 | No objection |
| | 157:14 | 157:19 | No objection |
| | 163:21 | 163:23 | No objection |
| | 164:2 | 164:7 | No objection |
| | 167:8 | 167:13 | Relevancy (FRE 402) |
| | 186:10 | 186:10 | No objection |
| | 186:13 | 186:15 | Relevancy (FRE 402) |
| | | | |
| Richard Kim | N/A | | |
| | | | |
| Craig Pasco | 9:6 | 11:7 | No objection |
| | 12:23 | 12:25 | No objection |
| | 14:17 | 14:21 | No objection |
| | 17:9 | 18:2 | Relevancy (FRE 402) |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | 19:25 | 20:17 | Relevancy (FRE 402) |
| | 23:2 | 23:4 | No objection |
| | 23:20 | 24:23 | Relevancy (FRE 402) |
| | 26:12 | 26:21 | Relevancy (FRE 402) |
| | 27:6 | 27:18 | Relevancy (FRE 402) |
| | 33:19 | 34:13 | Relevancy (FRE 402) |
| | 38:20 | 38:23 | Relevancy (FRE 402) |
| | 46:1 | 46:4 | No objection |
| | 47:3 | 47:25 | Relevancy (FRE 402) |
| | 48:11 | 48:22 | Relevancy (FRE 402) |
| | 51:8 | 51:15 | Relevancy (FRE 402) |
| | 53:8 | 53:17 | Form |
| | 54:22 | 57:1 | Speculation (FRE 602) |
| | 57:25 | 58:20 | Speculation (FRE 602) |
| | 59:4 | 60:12 | Relevancy (FRE 402) |
| | 60:19 | 61:14 | Speculation (FRE 602) |
| S:63: 8-20 0: rest | 61:21 | 63:24 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 64:5 | 65:8 | This is not testimony. This is a back and forth between counsel. It is not evidence. |
| | 65:11 | 65:24 | Relevancy (FRE 402) |
| | 66:5 | 67:1 | Form |
| | 67:7 | 67:17 | Relevancy (FRE 402) |
| | 67:23 | 68:13 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 69:5 | 69:10 | Foundation (FRE 901) |
| | 70:9 | 70:21 | Relevancy (FRE 402) |
| | 71:16 | 72:16 | Relevancy (FRE 402) |
| | 73:14 | 74:11 | This is not testimony. This is a back and forth between counsel. It is not evidence. |
| | 75:16 | 75:21 | Relevancy (FRE 402) |
| | 77:7 | 77:11 | Relevancy (FRE 402) |
| | 78:5 | 78:13 | Relevancy (FRE 402) |
| | 78:17 | 78:18 | Relevancy (FRE 402) |
| | 78:24 | 79:1 | Relevancy (FRE 402) |
| | 79:5 | 79:6 | Relevancy (FRE 402) |
| | 79:14 | 79:21 | Relevancy (FRE 402) |
| | 80:25 | 81:2 | Relevancy (FRE 402) |
| | 82:16 | 82:21 | No objection |
| | 83:17 | 83:22 | No objection |
| | 84:2 | 86:1 | No objection |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | 87:9 | 87:9 | No objection |
| | 89:4 | 89:4 | No objection |
| | 89:12 | 90:3 | Relevancy (FRE 402) |
| | 91:16 | 91:19 | Relevancy (FRE 402) |
| | 93:10 | 93:15 | Relevancy (FRE 402) |
| | 94:22 | 96:12 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 96:19 | 98:20 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 99:22 | 99:22 | No objection |
| | | | |
| Daniel Weatherbie | 23:12 | 24:8 | No objection |
| | 30:2 | 30:20 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 36:10 | 36:13 | Relevancy (FRE 402); Foundation (FRE 901); Improper Expert Opinion (FRE 702); Form |
| | 78:22 | 79:7 | Relevancy (FRE 402); |
| | 82:12 | 82:25 | Hearsay (FRE 801 and 802); Non-responsive to question |
| | | | |
| Wade Ledbetter | 11:7 | 11:10 | No objection |
| | 22:14 | 24:4 | Relevancy (FRE 402) |
| | 31:11 | 31:16 | Relevancy (FRE 402) |
| | 31:19 | 31:21 | Relevancy (FRE 402) |
| | 32:22 | 33:3 | Relevancy (FRE 402) |
| | 34:7 | 34:14 | Relevancy (FRE 402) |
| | 39:22 | 39:25 | No objection |
| | 43:22 | 44:1 | Relevancy (FRE 402); Form |
| | 44:14 | 44:20 | Relevancy (FRE 402); Form |
| | 47:1 | 47:4 | Relevancy (FRE 402) |
| | 47:9 | 47:15 | No objection |
| | 50:15 | 50:22 | Relevancy (FRE 402) |
| | 56:6 | 56:9 | Relevancy (FRE 402) |
| | 56:22 | 57:6 | Relevancy (FRE 402) |
| | 57:10 | 57:15 | Relevancy (FRE 402) |
| | 57:20 | 57:22 | Relevancy (FRE 402) |
| | 65:2 | 65:6 | Relevancy (FRE 402) |
| | 73:13 | 74:8 | Relevancy (FRE 402) |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | 86:5 | 86:11 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 88:10 | 88:17 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 89:20 | 89:24 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 98:2 | 98:8 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 98:24 | 99:2 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 101:19 | 102:9 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 102:11 | 102:22 | Relevancy (FRE 402); Foundation (FRE 901); Form |
| | 107:19 | 107:25 | Hearsay (FRE 801 and 802); Foundation (FRE 901) |
| | 108:10 | 109:1 | Hearsay (FRE 801 and 802); Foundation (FRE 901) |
| | 109:6 | 109:15 | Hearsay (FRE 801 and 802); Foundation (FRE 901) |
| | 110:2 | 110:5 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 113:6 | 113:10 | Relevancy (FRE 402); Form |
| | 114:6 | 114:19 | Relevancy (FRE 402); Form |
| | 125:11 | 125:13 | Relevancy (FRE 402) |
| | 128:3 | 128:4 | Relevancy (FRE 402); Hearsay (FRE 801 and 802) |
| | 128:6 | 128:15 | Relevancy (FRE 402); Hearsay (FRE 801 and 802) |
| | 128:20 | 129:1 | Relevancy (FRE 402); Hearsay (FRE 801 and 802) |
| | 133:2 | 133:20 | Relevancy (FRE 402); Foundation (FRE 901); |

122

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | | | and Hearsay (FRE 801 and 802) |
| | 133:24 | 134:15 | Relevancy (FRE 402); Foundation (FRE 901); and Hearsay (FRE 801 and 802) |
| | 134:18 | 134:19 | Relevancy (FRE 402) |
| | 135:1 | 135:7 | Relevancy (FRE 402) |
| | 135:11 | 135:21 | Foundation (FRE 901) |
| | 137:14 | 137:19 | No objection |
| | 175:20 | 176:6 | Relevancy (FRE 402) |
| | 182:4 | 182:4 | No objection |
| | 187:18 | 187:24 | Foundation/Authenticity (FRE 901); Hearsay FRE 801 and 802) |
| | 194:2 | 194:17 | Relevancy (FRE 402); Hearsay (FRE 801 and 802) |
| | 195:2 | 195:14 | Relevancy (FRE 402); Foundation (FRE 901); Hearsay (FRE 801 and 802) |
| | 195:19 | 196:4 | Foundation (FRE 901); Hearsay (FRE 801 and 802) |
| | 196:10 | 196:13 | Foundation (FRE 901); Hearsay (FRE 801 and 802) |
| | 214:22 | 214:24 | No objection |
| | 216:9 | 216:12 | Relevancy (FRE 402); Improper Lay Opinion (FRE 701) |
| | 216:23 | 216:25 | No objection |
| | 244:20 | 244:21 | Relevancy (FRE 402); Foundation (FRE 901) |
| | 246:2 | 246:4 | Form |
| | 263:24 | 263:25 | Hearsay (FRE 801 and 802) |
| | 265:16 | 265:19 | Relevancy (FRE 402); Foundation (FRE 901); Hearsay (FRE 801 and 802), Form |
| | 268:25 | 269:3 | Relevancy (FRE 402); Form |
| | 272:9 | 272:17 | Relevancy (FRE 402); Foundation (FRE 901); |

| Witness Name | Page/Line Start | Page/Line End | Objection |
|---|---|---|---|
| | | | Form; Prejudicial (FRE 403) |
| | 273:9 | 273:17 | No objection |
| | 274:4 | 274:8 | Relevancy (FRE 402); Foundation (FRE 901); Form; Prejudicial (FRE 403); Improper Expert Opinion (FRE 702) |
| | 275:1 | 275:8 | Relevancy (FRE 402); Foundation (FRE 901); Form; Prejudicial (FRE 403); Improper Expert Opinion (FRE 702) |
| | 275:19 | 275:23 | Relevancy (FRE 402) |
| | 277:14 | 277:17 | Relevancy (FRE 402) |
| | 280:3 | 280:10 | Relevancy (FRE 402); Foundation (FRE 901); Prejudicial (FRE 403); Hearsay (FRE 801 and 802) |
| | 285:3 | 285:4 | No objection |
| | 285:7 | 286:2 | 285:7 – 285:22 No objection 285:23 – 286:2 Relevancy (FRE 402) |
| | 314:4 | 314:11 | Relevancy (FRE 402) |
| | 327:7 | 327:21 | Relevancy (FRE 402) |
| | 334:16 | 335:2 | Relevancy (FRE 402) |
| | 356:8 | 356:16 | Foundation (FRE 901) |
| | 362:3 | 362:18 | Relevancy (FRE 402); Form |
| | 366:13 | 367:5 | Relevancy (FRE 402); Form |
| | 368:24 | 368:25 | No objection |
| | 369:18 | 369:23 | Hearsay (FRE 801 and 802) |
| | 370:1 | 370:6 | Hearsay (FRE 801 and 802) |

VII.

The following witnesses may be called by the parties at trial:

(a) Provide names and addresses of plaintiff's witnesses.