Frank M. Flansburg III
Nevada Bar No. 6974
Patrick J. Reilly
Nevada Bar No. 6103
Maliq I. Kendricks
Nevada Bar No. 15254
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
fflansburg@bhfs.com
preilly@bhfs.com
mkendricks@bhfs.com

*Attorneys for Tamares Las Vegas Properties, LLC;
Plaza Hotel & Casino, LLC; and T-UPR, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:16-cv-02933-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT THE TRAVELERS INDEMNITY COMPANY'S MOTION FOR LEAVE TO CONDUCT POST-TRIAL DISCOVERY**<br><br>ECF Nos. 250, 251 |

**STIPULATION**

Plaintiffs Tamares Las Vegas Properties, LLC, Plaza Hotel & Casino, LLC, and T-UPR, LLC (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendant The Travelers Indemnity Company ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1. This stipulation is made pursuant to LR IA 6-1.

2. On June 9, 2022, Defendant filed its Motion for Leave to Conduct Post-Trial Discovery (the "Motion") (ECF No. 250).

3. Plaintiffs' Response to the Motion is currently due to be filed on June 23, 2022.

1

4. Defendant's reply memorandum in support of the Motion is currently due to be filed on July 5, 2022.

5. The parties agree and respectfully request that the deadline for Plaintiffs to file and serve their written opposition to the Motion be extended to June 30, 2022.

6. The parties further agree and respectfully request that the deadline for Defendant to file and serve its written reply memorandum in support of the Motion be extended to July 11, 2022.

7. This is the first request for an extension of these deadlines.

8. This stipulation is made in good faith and the request is not made in an attempt to delay proceedings.

DATED this 23rd day of June, 2022.

DATED this 23rd day of June, 2022.

/s/ Patrick J. Reilly
Frank M. Flansburg III
Patrick J. Reilly
Maliq I. Kendricks
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Tamares Las Vegas Properties, LLC; Plaza Hotel & Casino, LLC; and T-UPR, LLC*

/s/ Gregory P. Varga
Amy M. Samberg
Lee H. Gorlin
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128

Gregory P. Varga
J. Tyler Butts
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103

*Attorneys for Defendant The Travelers Indemnity Company*

## ORDER

**IT IS SO ORDERED.**

DATED this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

24354938