Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Lee H. Gorlin (NV Bar No. 13879)
lee.gorlin@clydeco.us
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

Gregory P. Varga *(Admitted Pro Hac Vice)*
J. Tyler Butts *(Admitted Pro Hac Vice)*
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Email:  gvarga@rc.com
            jbutts@rc.com

*Attorneys for The Travelers Indemnity Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | Case No. 2:16-cv-02933-JAD-NJK<br><br>**STIPULATION AND ORDER RE: PAGE LIMITS AND BRIEFING SCHEDULE CONCERNING TRAVELERS' POST-JUDGMENT MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>ECF No. 263 |

**STIPULATION**

Plaintiffs Tamares Las Vegas Properties, LLC; Plaza Hotel & Casino, LLC; and T-UPR, LLC (collectively "Plaintiffs"), through the law firm of Brownstein Hyatt Farber Schreck, LLP, and The Travelers Indemnity Company ("Travelers"), through the law firms Clyde & Co LLP and Robinson & Cole LLP (Plaintiffs together with Travelers, the "Parties") hereby agree and stipulate as follows:

1. Travelers intends to file a Motion for Attorneys' Fees and Costs pursuant to Fed. R. Civ. P. 54(d) ("Travelers' Motion") on November 30, 2022.  *See* ECF No. 262.

2. Travelers has indicated that its Motion will seek attorneys' fees pursuant to two statutes (NRS 18.010 and 28 U.S.C. § 1927), the Federal Rules of Civil Procedure, as well as the Court's inherent authority.

3. Each of these legal grounds presents differing standards for seeking an award of fees, and Travelers' Motion and Plaintiffs' Opposition will necessarily include a significant discussion of the underlying facts and procedural history of this matter, including certain pre-suit activity, pretrial discovery practice, motion practice, the trial, and information gathered during recent post-trial discovery.

4. Additionally, and pursuant to Local Rule 54-14, Travelers' Motion and Plaintiffs' Opposition will address Travelers' request for attorneys' fees with thirteen categories of information, which includes a discussion of the fees and costs that Travelers has incurred throughout the lifetime of this matter.

5. The Parties agree that there is good cause for increasing the page limits of their submissions in that the aforementioned subjects cannot be adequately addressed within the page limits prescribed by the Local Rules.

6. In light of the foregoing, the Parties agree and stipulate as follows:

   a. The page limits of LR II 7-3 shall be waived for the purposes of briefing of Travelers' Motion and Plaintiffs' Opposition;

   b. Travelers' Motion shall be limited to 45 pages in length, excluding exhibits;

   c. Plaintiffs' Opposition to Travelers Motion shall be limited to 45 pages in length, excluding exhibits;

   d. Plaintiffs shall file their Opposition to Travelers' Motion on or before January 20, 2023;

/ / /

/ / /

/ / /

/ / /

/ / /

e. Travelers shall file its Reply to Plaintiffs' Opposition, and in support of Travelers' Motion, on or before February 10, 2023. Said Reply shall be limited to 15 pages in length, excluding exhibits.

| | |
|---|---|
| Dated: November 22, 2022 | Dated: November 22, 2022 |
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **CLYDE & CO US LLP** |
| */s/ Patrick J. Reilly* <br> Frank M. Flansburg III <br> Patrick J. Reilly <br> 100 North City Parkway, Suite 1600 <br> Las Vegas, Nevada 89106 | */s/ Lee H. Gorlin* <br> Amy M. Samberg <br> Lee H. Gorlin <br> 7251 West Lake Mead Boulevard, Suite 430 <br> Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiffs* | **ROBINSON COLE LLP** <br> Gregory P. Varga <br> J. Tyler Butts <br> 280 Trumbull Street <br> Hartford, Connecticut 06103 |
| | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATED: 11-22-22