1  Dennis T. D'Antonio (*admitted pro hac vice*)
   Joshua L. Mallin (*admitted pro hac vice*)
2  **WEG & MYERS, P.C.**
   800 Westchester Avenue, Suite N-513
3  Rye Brook, New York 10573
   Telephone: (212) 227-4210
4  Facsimile: (212) 349-6702
   Email: ddantonio@wegandmyers.com
5  *and local counsel*

6  Shan Davis (SBN 9323)
   **DAVIS|STIBOR**
7  10845 Griffith Peak Drive, 2nd Floor
   Las Vegas, NV 89135
8  Telephone: (702) 718-9940
   Facsimile: (702) 933-1464
9  Email: shandavis@davisstibor.com
   *Attorneys for Tamares Las Vegas Properties, LLC*
10 *and Plaza Hotel & Casino, LLC*

11 Frank M. Flansburg III
   Patrick J. Reilly
12 **BROWNSTEIN HYATT FARBER SCHRECK, LLP**
13 100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106
14 Telephone: (702) 802-2205
   Facsimile: (702) 275-7793
15 Email: preilly@bhfs.com

16                    UNITED STATES DISTRICT COURT
17                          DISTRICT OF NEVADA
18

| | |
|---|---|
| 19 TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, | Case No. 2:16-cv-02933-JAD-NJK |
| 21            Plaintiffs, | **STIPULATION AND ORDER RE: PAGE LIMITS AND BRIEFING SCHEDULE CONCERNING TRAVELERS' INDEMNITY COMPANY'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (ECF No. 265)** |
| 22 vs. | |
| 23 THE TRAVELERS INDEMNITY COMPANY, | |
| 24            Defendant. | ECF No. 266 |

26                              **STIPULATION**

27        Joshua Mallin, Dennis D'Antonio and Shan Davis, Counsel for Plaintiffs Tamares Las

28 Vegas Properties, LLC, Plaza Hotel & Casino, LLC, and T-UPR, LLC, (collectively "Plaintiffs'

Counsel") and Defendant The Travelers Indemnity Company ("Travelers"), by and through the law firms Clyde & Co LLP and Robinson & Cole LLP, hereby agree and stipulate as follows:

1. By Order dated November 22, 2022 this Court "SO ORDERED" a Stipulation governing the briefing schedule and page limits for Travelers' Motion for Attorney's Fees and Expenses (ECF No. 265) ("Motion"), the Plaza Plaintiffs' Opposition thereto, and Travelers' reply.

2. The Motion separately seeks relief against Plaintiffs' Counsel, pursuant to NRS 7.085, FRCP 37(c), 28 U.S.C. § 1927 and the Court's inherent power.

3. Each of these legal grounds presents differing standards for seeking an award of fees and expenses. Plaintiffs' Counsel's Opposition will necessarily include a significant discussion of the underlying facts and procedural history of this matter, including certain pre-suit activity, pretrial discovery practice, motion practice, the trial, and information gathered during recent post-trial discovery as relevant to the relief sought.

4. Additionally, and pursuant to Local Rule 54-14, Plaintiffs' Counsel's Opposition will address Travelers' request for attorneys' fees with thirteen categories of information, which includes a discussion of the fees and costs that Travelers has incurred throughout the lifetime of this matter and Plaintiffs Counsels' liability for same.

5. Travelers and Plaintiffs' Counsel agree that there is good cause for increasing the page limits of Plaintiffs' Counsel's opposition and Travelers' reply thereto in that the aforementioned subjects cannot be adequately addressed within the page limits prescribed by the Local Rules.

6. In light of the foregoing, Travelers and Plaintiffs' Counsel agree and stipulate as follows:

   a. Plaintiffs' Counsel shall file and serve a single, joint opposition to the Motion of no more than 48 pages (excluding exhibits). Said opposition shall be filed on or before January 20, 2023.

      b.    Travelers may file and serve a reply brief in response to the opposition of Plaintiffs' Counsel on or before February 17, 2023. Said reply shall be limited to 18 pages (excluding exhibits).

      7.    The Plaintiffs agree to this Stipulation.

Dated: December 8, 2022

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Patrick J. Reilly
Frank M. Flansburg III
Patrick J. Reilly
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
*Attorneys for Plaintiffs*

**WEG & MYERS, P.C.**

/s/ Joshua L. Mallin
Dennis T. D'Antonio *(admitted pro hac vice)*
Joshua L. Mallin *(admitted pro hac vice)*
800 Westchester Avenue, Suite N-513
Rye Brook, New York 10573
*Attorneys for Plaintiffs*

**DAVIS STIBOR**

/s/ Shan Davis
Shan Davis (SBN 9323)
10845 Griffith Peak Drive, 2nd Floor
Las Vegas, Nevada 89135
*Attorneys for Plaintiffs*

Dated: December 8, 2022

**CLYDE & CO US LLP**

/s/ Amy M. Samberg
Amy M. Samberg, Esq.
Lee H. Gorlin
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128
*Attorneys for Defendant*

**ROBINSON COLE LLP**

/s/ Gregory P. Varga
Gregory P. Varga *(admitted pro hac vice)*
J. Tyler Butts *(admitted pro hac vice)*
280 Trumbull Street
Hartford, CT 06103
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
December 8, 2022