James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorneys for Dennis T. D'Antonio,
Joshua T. Mallin, Weg and Myers, P.C.,
Shan Davis, and Davis / Stibor*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC, PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | CASE NO.:   2:16-cv-02933-JAD-NJK<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON TRAVELERS' INDEMNITY COMPANY'S MOTION FOR ATTORNEYS' FEES AND EXPENSES (ECF No. 265) WITH RESPECT TO PLAINTIFFS' COUNSEL**<br><br>**(SECOND REQUEST)**<br><br>ECF No. 270 |

Dennis T. D'Antonio, Esq., Joshua T. Mallin, Esq. and Shan Davis, Esq. (collectively "Plaintiffs' Counsel"), together with Defendant, The Travelers Indemnity Company ("Travelers"), by and through their respective counsel, hereby agree and stipulate as follows:

1. In response to a Stipulation and Order Re: Page Limits and Briefing Schedule Concerning Travelers' Post-Judgment Motion for Attorneys' Fees and Costs, dated December 8, 2022 (ECF No. 264), the Court set a briefing schedule for Plaintiffs' Counsel to respond to Travelers' Motion for Attorneys' Fees and Expenses (the "Motion for Fees") (ECF No. 267);

2. In late December, 2022, Plaintiffs' Counsel retained Pisanelli Bice PLLC to represent them with respect to the Motion for Fees (ECF No. 269), and its newly retained counsel was then stricken with the flu;

3. In light of the foregoing, Plaintiffs' Counsel and Travelers agree and stipulate as follows:

a. Plaintiffs' Counsel shall file and serve a single, joint opposition to the Motion for Fees of no more than 48 pages (excluding exhibits) on or before February 3, 2023; and

b. Travelers may file and serve a reply brief in response to the opposition of Plaintiffs' Counsel on or before March 3, 2023. Said reply shall be limited to 18 pages (excluding exhibits).

4. This Stipulation shall not affect the deadlines for filing and service of *Plaintiffs'* opposition to the motion for fees (January 20, 2023), or Travelers' reply thereto (February 10, 2023), which were agreed to by separate Stipulation (ECF No. 263) and so-ordered by the Court on November 22, 2022 (ECF No. 264).

5. The Plaintiffs agree to this Stipulation.

IT IS SO STIPULATED.

DATED this 18th day of January, 2023.

PISANELLI BICE PLLC

By: */s/ Debra L. Spinelli*
    James J. Pisanelli, Esq., #4027
    Debra L. Spinelli, Esq., #9695
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Dennis T. D'Antonio, Joshua T. Mallin, Weg and Myers, P.C., Shan Davis, and Davis | Stibor*

DATED this 18th day of January, 2023.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Patrick J. Reilly*
    Frank M. Flansburg, Esq., #6974
    Patrick J. Reilly, Esq., #6103
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada 89106

*Attorneys for Plaintiffs*

DATED this 18th day of January, 2023.

ROBINSON COLE LLP

By: */s/ Gregory P. Varga*
    Gregory P. Varga, Esq. *(pro hac vice admitted)*
    J. Tyler Butts, Esq. *(pro hac vice admitted)*
    280 Trumbull Street
    Hartford, CT 06103

    Amy M. Samberg, Esq.
    Lee H. Gorlin, Esq.
    CLYDE & CO LLP
    7251 West Lake Mead Boulevard, Ste 430
    Las Vegas, Nevada 89128

*Attorneys for Defendant The Travelers Indemnity Company*

**ORDER**

Based on the parties' stipulation [270] and good cause appearing, IT IS HEREBY ORDERED that the stipulation is approved and (1) Plaintiffs' Counsel must file and serve a single, joint opposition to the Motion for Fees of no more than 48 pages (excluding exhibits) on or before February 3, 2023; and (2) Travelers may file and serve a reply brief in response to the opposition of Plaintiffs' Counsel on or before March 3, 2023, limited to 18 pages (excluding exhibits).

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-23-23