FRANK M. FLANSBURG III
Nevada Bar No. 6974
PATRICK J. REILLY
Nevada Bar No. 6103
MALIQ I. KENDRICKS
Nevada Bar No. 15254
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
fflansburg@bhfs.com
preilly@bhfs.com
mkendricks@bhfs.com

*Attorneys for Tamares Las Vegas Properties, LLC;
Plaza Hotel & Casino, LLC; and T-UPR, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARES LAS VEGAS PROPERTIES, LLC; PLAZA HOTEL & CASINO, LLC; and T-UPR, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | Case No. 2:16-cv-02933-JAD-NJK <br><br> **STIPULATION AND ORDER TO RE-SET HEARING DATE [ECF NO. 277] ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES [ECF NO. 265]** <br><br> **(FIRST REQUEST)** |

## STIPULATION

Plaintiffs Tamares Las Vegs Properties, LLC, Plaza Hotel & Casino, LLC, and T-UPR, LLC (collectively "Plaintiffs"), Dennis T. D'Antonio, Joshua L. Mallin, Weg and Myers, P.C., Shan │ Stibor ("Plaintiffs' Counsel") and Defendant The Travelers Indemnity Company ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1.       This stipulation is made pursuant to LR IA 6-1 to reschedule the April 6, 2023, hearing pursuant to the Notice Setting Hearing (ECF No. 277) for Defendant's Motion for Attorney's Fees (ECF No. 265).

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

2.     On November 30, 2022, Defendant filed its Motion for Attorneys' Fees (ECF No. 265).

3.     On January 30, 2023, Plaintiffs filed its Opposition to the Motion for Attorneys' Fees (ECF No. 271).

4.     On February 3, 2023, Plaintiffs' Counsel filed their Opposition to the Motion for Attorneys' Fees (ECF No. 274).

5.     On February 10, 2023, Defendant filed its Reply to Plaintiffs Opposition to the Motion for Attorneys' Fees (ECF No. 275).

6.     On March 3, 2023, Defendant filed its Reply to Plaintiffs' Counsel's Opposition to the Motion for Attorneys' Fees (ECF No. 276).

7.     The Court entered a Minute Order Notice of Setting Hearing for the Motion for Attorneys' Fees on April 6, 2023 (ECF No. 277).

8.     The Passover holiday begins April 5, 2023, and extends through April 13, 2023.

9.     Plaintiffs and their Counsel request accommodation of the Passover holiday for parties and counsel, and Defendant consents to same.

10.    Plaintiffs and Plaintiffs' Counsel respectfully request that the hearing on the Motion for Attorneys' Fees be re-set for April 26, 2023 or to a later date convenient for the Court. Defendant is eager to have this matter heard and respectfully requests that the hearing be re-set to the earliest possible date on the Court's calendar, but consents to the date requested by Plaintiffs and their Counsel.

11.    This is the first request by Plaintiffs and their Counsel to reschedule the hearing date.

. . .

. . .

. . .

. . .

. . .

. . .

2

25338312

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

12. This stipulation is made in good faith and the request is not made in an attempt to delay proceedings.

DATED this 17th day of March, 2023.

DATED this 17th day of March, 2023.

*/s/ Frank M. Flansburg III*
Frank M. Flansburg III
Patrick J. Reilly
Maliq I. Kendricks
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
*Attorneys for Tamares Las Vegas Properties, LLC; Plaza Hotel & Casino, LLC; and T-UPR, LLC*

*/s/ Gregory P. Varga*
Amy M. Samberg
Lee H. Gorlin
CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128

Gregory P. Varga
J. Tyler Butts
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
*Attorneys for Defendant The Travelers Indemnity Company*

DATED this 17th day of March, 2023.

*/s/ James J. Pisanelli*
James J. Pisanelli
Debra L. Spinelli
Tyler W. Stevens
Pisanelli Bice PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Attorneys for Dennis D'Antonio, Joshua L. Mallin, Weg and Myers P.C., Shan Davis, and Davis │ Stibor.

## **ORDER**

Based upon the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The hearing for Defendant's Motion for Attorney Fees scheduled for April 6, 2023, is vacated.

2. The Defendant's Motion for Attorney Fees is rescheduled to be heard on May 4, 2023 at 3:00 p.m.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

3

25338312